AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Jeanette Dominguez | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| RADIOLOGIC P.L. et al., | ) |
| *Defendant/Respondent* | ) |

FILED BY_____D.C.

APR 0 7 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:          07/07/2026

1.      For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 2,833.00 | $ 0.00 | $ | $ 0.00 |
| Self-employment | $ | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 2.40 | $ 0.00 | $ 2.40 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | 0.00 | $ | 0.00 | $ | 1,429.00 | $ | 0.00 |
| Disability *(such as social security, insurance payments)* | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Unemployment payments | $ | 250.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public-assistance *(such as welfare)* | $ | 0.00 | $ | 0.00 | $ | 79.00 | $ | 0.00 |
| Other *(specify)*: | $ | | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Total monthly income: | $ | 3,085.40 | $ | 0.00 | $ | 1,510.40 | $ | 0.00 |

2.      List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Radiologic P.L. | 2975 CORAL WAY MIAMI FL 33145 | Aug 2020-Oct 17,2025 for 2025 | $    2,891.42 |
| Radiologic PL | 2975 Coral Way Miami, FL 33145 | 2024 | $    5,041.58 |

3.      List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | $    0.00 |
| n/a | | | $    0.00 |
| n/a | | | $    0.00 |

4.      How much cash do you and your spouse have? $ _____51.33_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase | checking | $    51.33 | $    0.00 |
| Charles Schwab | margin account | $    1,913.11 | $    0.00 |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ 0.00 |
| Make and year:  mitsubishi | |
| Model:        Lancer | |
| Registration #: ? Salvage Title  /// 807870 | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Radiologic PL FLSA Complaint | $ 30,902.00 | $ 0.00 |
| | $ | $ |
| | $ | $ |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>　　Are real estate taxes included?　☐ Yes　☑ No<br>　　Is property insurance included?　☐ Yes　☑ No | $　　　1,100.00 | $　　　0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $　　　30.00 | $　　　0.00 |
| Home maintenance *(repairs and upkeep)* | $　　　0.00 | $　　　0.00 |
| Food | $　　　200.00 | $　　　0.00 |
| Clothing | $　　　0.00 | $ |
| Laundry and dry-cleaning | $　　　20.00 | $　　　0.00 |
| Medical and dental expenses | $　　　50.00 | $　　　0.00 |
| Transportation *(not including motor vehicle payments)* | $　　　200.00 | $　　　0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $　　　0.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| 　　Homeowner's or renter's: | $ | $ |
| 　　Life: | $ | $ |
| 　　Health: | $ | $ |
| 　　Motor vehicle:　　　Progressive , triple A | $　　　93.00 | $ |
| 　　Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| 　　Motor vehicle: | $ | $ |
| 　　Credit card *(name):*　　　Visa | $　　　300.00 | $ |
| 　　Department store *(name):* | $ | $ |
| 　　Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $              0.00 | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $         1,993.00 | $             0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes     ☐ No        If yes, describe on an attached sheet.

10.  Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes  ☑ No

If yes, how much?   $ _____

11.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.
As of October 17,2025 I am unemployed with zero income.I was misclassified by employer. I just started getting unemployment benefits bc I appealed and was reclassified as a W2. I have 875.00 to collect.  I owe the IRS 12,000.00 and with my amended taxes it will go up 45,000.00, also bc of my misclassification. February I got on SS. I went from having 10000.00 in my Schwab account to 1900.00 to pay my rent and credit cards.

12.  Identify the city and state of your legal residence.
Miami, FL

Your daytime phone number:              (407) 492-8089

Your age:     67     Your years of schooling:          16

**Form 8919**

Department of the Treasury
Internal Revenue Service

## Uncollected Social Security and Medicare Tax on Wages

Attach to Form 1040, 1040-SR, 1040-NR, or 1040-SS.
Go to www.irs.gov/Form8919 for the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. 61

Name of person who must file this form. If married, complete a separate Form 8919 for each spouse who must file this form.

JEANETTE DOMINGUEZ

Social security number

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

**Who must file.** You must file Form 8919 if all of the following apply.
- You performed services for a firm.
- You believe your pay from the firm wasn't for services as an independent contractor.
- The firm didn't withhold your share of social security and Medicare taxes from your pay.
- One of the reasons listed below under *Reason codes* applies to you.

**Reason codes.** For each firm listed below, enter in column (c) the applicable reason code for filing this form. If none of the reason codes apply to you, but you believe you should have been treated as an employee, enter reason code G and file Form SS-8 on or before the date you file your tax return.

**A** I filed Form SS-8 and received a determination letter stating that I am an employee of this firm.

**C** I received other correspondence from the IRS stating that I am an employee.

**G** I filed Form SS-8 with the IRS and haven't received a reply.

**H** I received a Form W-2 and a Form 1099-MISC and/or 1099-NEC from this firm for 2024. The amount on Form 1099-MISC and/or 1099-NEC should have been included as wages on Form W-2. **(Don't file Form SS-8 if you select reason code H.)**

| (a) Name of firm | (b) Firm's federal identification number (see instructions) | (c) Enter reason code from above. | (d) Date of IRS determination or correspondence (MM/DD/YYYY) (see instructions) | (e) Check if Form 1099-MISC and/or 1099-NEC was received. | (f) Total wages received with no social security or Medicare tax withholding and not reported on Form W-2 |
|---|---|---|---|---|---|
| 1 RADIOLOGIC PL | 20-1025679 | G | 12/31/2024 | ☒ | 2724 |
| 2 CARLOS G SANCHEZ | 22-3851017 | G | 12/31/2024 | ☒ | 43558 |
| 3 SANCHEZ RADIOLOGY | 20-0125791 | G | 12/31/2024 | ☒ | 11317 |
| 4 CARLOS SANCHEZ | 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 | G | 12/31/2024 | ☐ | 2900 |
| 5 | | | | ☐ | |

| | | |
|---|---|---|
| **6** Total wages. Combine lines 1 through 5 in column (f). Enter here and on Form 1040, 1040-SR, or 1040-NR, line 1g . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 60499 |
| **7** Maximum amount of wages subject to social security tax . . . . . . . . [**7** \$168,600] | | |
| **8** Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2), railroad retirement (RRTA) compensation (subject to the 6.2% rate), and unreported tips subject to social security tax from Form 4137, line 10. See instructions . . . . . . . . . . . . . . . . . . . . . [**8** ] | | |
| **9** Subtract line 8 from line 7. If line 8 is more than line 7, enter -0- here and on line 10 . . . . . . | **9** | 168600 |
| **10** Wages subject to social security tax. Enter the smaller of line 6 or line 9 . . . . . . . . . . | **10** | 60499 |
| **11** Multiply line 10 by 0.062 (social security tax rate) . . . . . . . . . . . . . . . . . . | **11** | 3751 |
| **12** Multiply line 6 by 0.0145 (Medicare tax rate) . . . . . . . . . . . . . . . . . . . . | **12** | 877 |
| **13** Add lines 11 and 12. Enter here. Include as tax on your annual tax return (Schedule 2 (Form 1040), line 6, or Form 1040-SS, Part I, line 6). See the instructions there . . . . . . . . . . . . . . . . | **13** | 4628 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **8919** (2024)

QNA

39

# Investment Income

Updated: 07:12:18 AM ET, 04/07/2026  C  ?  ⬇  🖨

Individual          ...518  ⌄

 **What's New**
View your investment income by individual account. Use the account selector to try it out.          ✕

Select a time period to view monthly income.

( 2025 )   2026   Next 12 Months

| Received Income | Monthly Average | Received Total | Received Interest | Received Dividends |
|---|---|---|---|---|
| **$6.35** | **$0.53** | **$6.35** | **$0.79** | **$5.56** |

 Table View   Hide Chart



— Monthly Avg.  ■ Received Interest  ■ Received Dividends  ◨ Est. Interest Remaining  ■ Est. Dividends Remaining

**Estimated income payments are not guarantees of future payments.**

## Accounts                                                                ⌃

ⓘ Glossary

| Category | Type | Balance/Value | Total Income 2025 | Received Income YTD | Est. Income Remain 2026 | Total Est. Income 2026 | Est. Income Next 12 Mo | |
|---|---|---|---|---|---|---|---|---|
| **Individual** **...518** | Brokerage | $1,913.11 | $6.35 | $1.84 | $14.87 | $16.71 | $20.79 | More |

Disclosures

## Positions                                                                ⌃

### Equities                                                                ⌃

| Symbol | Quantity | Price | Market Value | Total Income 2025 | Received Income YTD | Est. Income Remain 2026 | Total Est. Income 2026 | Est. Income Next 12 Mo | |
|---|---|---|---|---|---|---|---|---|---|
| **WTI** W & T OFFSHORE INC | 1 | $3.42 | $3.55‡ | $0.00 | $0.13 | $0.03 | $0.16 | $0.04 | Mor |
| **VERI** VERITONE INC | 1 | $1.95 | $1.95‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **UEC** URANIUM ENERGY CORP | 1 | $13.36 | $13.36‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **SMCI** SUPER MICRO COMPUTER INC | 1 | $22.05 | $22.05‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **RDW** REDWIRE CORP | 1 | $9.91 | $9.91‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **RCAT** RED CAT HLDGS INC | 1 | $13.06 | $13.06‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |

## Investment Income

Updated: 07:12:18 AM ET, 04/07/2026

**Individual**     ...518 ⌄

 **What's New**
View your investment income by individual account. Use the account selector to try it out.    ✕

Select a time period to view monthly income.

2025   ( 2026 )   Next 12 Months

| Estimated Income | Monthly Average | Received Total | Received Interest | Received Dividends | Est. Remaining | Est. Interest Remaining | Est. Dividends Remaining |
|---|---|---|---|---|---|---|---|
| **$16.71** | **$1.39** | **$1.84** | **$0.00** | **$1.84** | **$14.87** | **$0.02** | **$14.85** |

🖥 Table View   Hide Chart



— Monthly Avg.   ■ Received Interest   ■ Received Dividends   ▨ Est. Interest Remaining   ■ Est. Dividends Remaining

**Estimated income payments are not guarantees of future payments.**

## Accounts ⌃

ⓘ Glossary

| Category | Type | Balance/Value | Total Income 2025 | Received Income YTD | Est. Income Remain 2026 | Total Est. Income 2026 | Est. Income Next 12 Mo | |
|---|---|---|---|---|---|---|---|---|
| **Individual ...518** | Brokerage | $1,913.11 | $6.35 | $1.84 | $14.87 | $16.71 | $20.79 | More |

Disclosures

## Positions ⌃

### Equities ⌃

| Symbol | Quantity | Price | Market Value | Total Income 2025 | Received Income YTD | Est. Income Remain 2026 | Total Est. Income 2026 | Est. Income Next 12 Mo | |
|---|---|---|---|---|---|---|---|---|---|
| **WTI** W & T OFFSHORE INC | 1 | $3.42 | $3.55‡ | $0.00 | $0.13 | $0.03 | $0.16 | $0.04 | Mor |
| **VERI** VERITONE INC | 1 | $1.95 | $1.95‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **UEC** URANIUM ENERGY CORP | 1 | $13.36 | $13.36‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **SMCI** SUPER MICRO COMPUTER INC | 1 | $22.05 | $22.05‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **RDW** REDWIRE CORP | 1 | $9.91 | $9.91‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **RCAT** RED CAT HLDGS INC | 1 | $13.06 | $13.06‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |

# Investment Income

Updated  07.12:18 AM ET, 04/07/2026   C   ⑦   ⬇   🖶

Individual          ...518  ⌄



**What's New**

View your investment income by individual account. Use the account selector to try it out.          ✕

Select a time period to view monthly income.

2025   2026   ( Next 12 Months )

| Estimated Income | Monthly Average | Est. Remaining | Est. Interest Remaining | Est. Dividends Remaining |
|---|---|---|---|---|
| **$20.79** | **$1.73** | **$20.79** | **$0.03** | **$20.75** |

🖥 Table View   Hide Chart



--- Monthly Avg.   ■ Received Interest   ■ Received Dividends   ⬛ Est. Interest Remaining   ■ Est. Dividends Remaining

**Estimated income payments are not guarantees of future payments.**

## Accounts                                                                                    ⌃

ⓘ Glossary

| Category | Type | Balance/Value | Total Income 2025 | Received Income YTD | Est. Income Remain 2026 | Total Est. Income 2026 | Est. Income Next 12 Mo | |
|---|---|---|---|---|---|---|---|---|
| **Individual ...518** | Brokerage | $1,913.11 | $6.35 | $1.84 | $14.87 | $16.71 | $20.79 | More |

Disclosures

## Positions                                                                                   ⌃

### Equities                                                                                   ⌃

| Symbol | Quantity | Price | Market Value | Total Income 2025 | Received Income YTD | Est. Income Remain 2026 | Total Est. Income 2026 | Est. Income Next 12 Mo | |
|---|---|---|---|---|---|---|---|---|---|
| **WTI** W & T OFFSHORE INC | 1 | $3.42 | $3.55‡ | $0.00 | $0.13 | $0.03 | $0.16 | $0.04 | Mor |
| **VERI** VERITONE INC | 1 | $1.95 | $1.95‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **UEC** URANIUM ENERGY CORP | 1 | $13.36 | $13.36‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **SMCI** SUPER MICRO COMPUTER INC | 1 | $22.05 | $22.05‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **RDW** REDWIRE CORP | 1 | $9.91 | $9.91‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |
| **RCAT** RED CAT HLDGS INC | 1 | $13.06 | $13.06‡ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Mor |



amazon | CHASE ⬤

**Manage your account online:**
www.chase.com/amazon

**Customer Service:**
1-888-247-4080

**Mobile:** Download the
Chase Mobile® app today



| | April 2026 | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance
## $1,310.59
Minimum Payment Due
## $47.00
Payment Due Date
## 04/09/26

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be subject to increase to a maximum penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 years | $2,752 |
| $54 | 3 years | $1,956 (Savings=$796) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 5801**

| | |
|---|---|
| Previous Balance | $1,539.96 |
| Payment, Credits | -$1,839.96 |
| Purchases | +$847.76 |
| Cash Advances | +$700.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$28.00 |
| Interest Charged | +$34.83 |
| **New Balance** | **$1,310.59** |
| Opening/Closing Date | 02/13/26 - 03/12/26 |
| Credit Access Line | $4,700 |
| Available Credit | $3,389 |
| Cash Access Line | $940 |
| Available for Cash | $495 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR PRIME VISA POINTS

| | |
|---|---|
| Previous points balance | 20 |
| + 5% back on Amazon.com purchases | 267 |
| + 5% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 175 |
| + 2% back at restaurants | 0 |
| + 5% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 708 |
| + 5% back at Amazon sites and stores | 0 |
| - Points redeemed this statement period | 914 |

## Total points available for redemption          256

Reward your routine everywhere you shop with your Prime Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

Cardmembers earn unlimited 5% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases with an eligible Prime membership (otherwise 3% back). To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status."

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

We're glad you enjoy the benefits of your Amazon credit card and want you to be able to use your card in more ways. So what are we doing about it? We are lowering Balance Transfer and Cash Advance Fees. Going forward, Balance Transfer and Cash Advance Fees will be a 4% fee (with a minimum of $5) of the transaction amount. Please refer to your cardmember agreement for the complete terms of your credit card.

# SLATE®

Manage your account online at: www.chase.com/cardhelp

Customer Service: 1-800-945-2000

Mobile: Download the Chase Mobile® app today

### April 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

**New Balance**
**$1,486.31**

**Minimum Payment Due**
**$41.00**

**Payment Due Date**
**04/16/26**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 years | $2,922 |
| $58 | 3 years | $2,087 (Savings=$835) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 1521**

| | |
|---|---|
| Previous Balance | $1,534.45 |
| Payment, Credits | -$75.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$26.86 |
| **New Balance** | **$1,486.31** |
| Opening/Closing Date | 02/20/26 - 03/19/26 |
| Credit Limit | $2,000 |
| Available Credit | $513 |
| Cash Access Line | $400 |
| Available for Cash | $6 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report the amount shown in box 1 on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in box 1 is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report the amount shown in box 1 on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

COPY B, FOR RECIPIENT

| Form 1099 - NEC | Nonemployee Compensation | ☐ VOID | ☐ CORRECTED | |
|---|---|---|---|---|

| CALENDAR YEAR 2025 | PAYER'S TIN 20-0125791 | RECIPIENT'S TIN 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 | Account number (see instructions) 0902-70076406 - 34  26001 | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. SANCHEZ RADIOLOGY PL 2975 SW CORAL WAY MIAMI, FL 33145 | | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code JEANNETTE DOMINGUEZ 208 SW 24TH RD MIAMI FL 33129 | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Nonemployee Compensation $ 34685.98 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 Excess golden parachute payments $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| Form 1099 - NEC | Nonemployee Compensation | ☐ VOID | ☐ CORRECTED | |
|---|---|---|---|---|

| CALENDAR YEAR 2025 | PAYER'S TIN 20-0125791 | RECIPIENT'S TIN 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 | Account number (see instructions) 0902-70076406 - 34  26001 | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. SANCHEZ RADIOLOGY PL 2975 SW CORAL WAY MIAMI, FL 33145 | | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code JEANNETTE DOMINGUEZ 208 SW 24TH RD MIAMI FL 33129 | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Nonemployee Compensation $ 34685.98 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 Excess golden parachute payments $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

| Form 1099 - NEC | Nonemployee Compensation | ☒ VOID | ☐ CORRECTED | |
|---|---|---|---|---|

| CALENDAR YEAR 2025 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 Excess golden parachute payments $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date:  January 16, 2026
BNC#:  26MS221D94159-A

0001273 00001273      3 MB  0.672  0112M3MCS1PB T8 P2
JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129-2023

You are entitled to monthly retirement benefits beginning January 2026.

## What We Will Pay And When

- You will receive $1,206.00 for January 2026 around February 11, 2026.

- After that you will receive $1,206.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

## Information About Medicare

Your Medicare Part A (hospital insurance) starts February 2025 and Part B (medical insurance) starts February 2026.



You will get a Medicare card within 2 weeks.  You should show this card when you need medical care.  To learn more about what Medicare covers, visit Medicare.gov.  If you have questions about your Medicare coverage, call 1-800-MEDICARE (1-800-633-4227).

Enclosure(s):
Pub 05-10077

C                                   See Next Page

26MS221D94159-A                                            Page  2 of  5

IMPORTANT:  A Medicare law requires some higher income persons to pay higher premiums.  The law applies to premiums for Medicare Part B (Medical Insurance), prescription drug coverage, and Medicare Part B Immunosuppressive Drug coverage.  The law generally affects individuals with incomes higher than $109,000 and couples with incomes higher than $218,000. We will contact the Internal Revenue Service to get information about your income.  If we decide that you have to pay higher premiums, we will send a letter explaining our decision.  The higher amount will be effective February 2026.  For more information, please visit www.ssa.gov on the Internet or call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778).

This medical insurance premium includes a premium surcharge because you enrolled later than you could have.



For retroactive Medicare benefits, please give a copy of this letter to your provider or supplier immediately.  Ask them to include a copy of this letter when they submit claims to Medicare for items and services they provided to you on or before the date you gave them a copy of this letter.  The time limit for the provider or supplier to submit a claim will be extended through the last day of the sixth calendar month following the month they received notification of your retroactive enrollment.  For example, if the doctor receives notice of your retroactive enrollment on January 15th, the doctor must submit a claim on or before July 31st of the same calendar year.  If you are concerned that the provider or supplier will not submit a claim by the deadline mentioned above, then you should submit the claim.  If you are submitting a claim directly to Medicare, you must submit the claim on or before the last day of the sixth calendar month after receiving this notice.  If you need assistance submitting these claims, contact 1-800-MEDICARE (1-800-633-4227) (TTY 1-877-486-2048).

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048).  Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments.  To learn more or apply, please contact us.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time.  In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

Your benefits are based on the information you gave us.  If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".  It tells you what must be reported and how to report.

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us.  Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits.  If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request.  You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676.  You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website.  After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal.  We will review your case and look at any new facts you have.  A person who did not make the first decision will decide your case.  We will review the parts of the decision that you think are wrong and correct any mistakes.  We will make a decision that may or may not be in your favor.



- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter.  We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing.  Please use our "Request for Reconsideration" form, SSA-561-U2.  You may go to our website at www.ssa.gov/forms/ to locate the form.  You can also contact us to request the form, or if you need help filling out the form.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you.  There are groups that can help you find a representative or give you free legal services if you qualify.  There are also representatives who do not charge unless you win your appeal.  Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know.  If you hire someone, we must approve the fee before he or she can collect it.  And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions



## Need more help?

1.  Visit www.ssa.gov for fast, simple, and secure online service.
2.  Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY 1-800-325-0778.  Please mention this letter when you call.
3.  You may also call your local office at 1-877-714-0373.

SOCIAL SECURITY
1ST FLOOR
3663 SW 8TH ST
MIAMI FL 33135

*Social Security Administration*

26MS221D94159-A                                        Page  5 of  5

# PAYMENT SUMMARY

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective January 2026:

You are entitled to a monthly benefit of  . . . . . . . . . . . . . . . . .$ 1,429.80

Amounts we subtracted because of:

● premiums for medical insurance  . . . . . . . . . . . . . . . . .    223.20

This equals  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1,206.60

● rounding (we must round down to
a whole dollar)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      .60

This equals the amount of
your regular monthly payment  . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 1,206.00

