

FILED BY_____ D.C.

Susn Stoddard

APR 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No. 1:26-cv-22405-EFD

Jeanette Dominguez

    Plaintiff

    vs.

RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L;

CARLOS SANCHEZ, MD;

CARLOS G SANCHEZ M.D.P.A.

    Defendants

## PLAINTIFF'S MOTION FOR CM/ECF REGISTRATION, PACER FEE WAIVER, AND LEAVE TO SUBSTITUTE EXHIBITS

Plaintiff, (Jeanette Dominguez), appearing *pro se*, respectfully moves this Court for an Order granting: (1) registration for CM/ECF electronic filing privileges; (2) a waiver of PACER fees; and (3) leave to substitute legible exhibits for Exhibit S "Evidence of Control: Video/Audio surveillance logs, texts, and audit report", pages 51–58 of the Complaint. In support, Plaintiff states:

### I. BACKGROUND AND REQUEST TO SUBSTITUTE EXHIBITS

1. On April 7, 2026, Plaintiff filed her *pro se* Complaint (ECF No. 1). Due to technical limitations—specifically the lack of color ink and resulting poor quality of monochrome printing—exhibit S pages 51–58 are currently illegible in the court record.

2. Plaintiff attempted to resolve this procedurally by contacting the Court Records department via telephone. No one called her back. Plaintiff also asked about waiving Pacer fees and filing electronically. During that call, Plaintiff was instructed to mail a request but was **not provided with a suite or room number**, making compliance difficult and probably untimely.

3. After going to Office Depot to have these texts printed, Plaintiff now brings this motion in person to ensure the Court receives clear, digital-quality versions of Exhibit S pages 51–58 to replace the defective filings.

## II. REQUEST FOR CM/ECF REGISTRATION AND PACER FEE WAIVER

4. Plaintiff requests authorization to file electronically via the CM/ECF system. Granting electronic access would resolve future legibility issues by allowing Plaintiff to upload original digital files directly to the docket.

5. Plaintiff requests a PACER fee waiver due to financial hardship as a *pro se* litigant on a fixed income from Social Security since February 1, 2026 and unemployed since October 17, 2025.

## III. ADDITIONAL RELIEF FOR COSTS

6. Because Plaintiff was unable to obtain necessary procedural assistance via telephone and was forced to travel to the Wilkie D. Ferguson, Jr. U.S. Courthouse in person to correct these technical errors and purchase printing services, Plaintiff respectfully requests that the costs of this complaint be added to the final relief sought in this action.

7. Plaintiff did not deliver copies of this motion since the Defendants have not been served yet.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant this Motion, authorize CM/ECF and PACER access, and permit the substitution of legible exhibits for pages 51–58. Respectfully submitted,

---

Jeanette Dominguez
208 SW 24th Road
Miami, FL 33129
Tel: 407-492-8089
Email: imacbilling130@gmail.com

**I declare under penalty of perjury that the foregoing is true and correct.**
**Executed on April 10, 2026.**

**Jeanette Dominguez, Plaintiff Pro Se**



Dr. Sanchez can see and hear the phones ringing and wants me to go to Sanchez Radiology and check the front desk

EXHIBIT S-6



**THIS IS AN APP ON HIS PHONE. IT HAS AUDIO. THAT IS THE FRONT DESK**

Real time audio and video of the front desk. I see two people at a computer.  04/30/2021

EXHIBIT S-6 CONTINUED



There are hundreds of texts telling me what and when to do something. I monitor charges (billers) regardless to send claims.

EXHIBIT S-7



Dr. asking me to train someone else again. I complain about the hours I have worked and now I have to wait for him to bring a check for Tasha. The workload makes my hours.

EXHIBIT S-7 CONT



Asking for a list of network providers for Sanchez Radiology. There is a manager there. So people in the billing and collections dept. were used. He controls the work.

55

EXHIBIT S-7 CONT



**Dr. says I should send claims every night. 05/14/2021 Control.**

56

EXHIBIT S-7 CONT



**Asking for an AR report for Sanchez Radiology. There is a manager there. More work means more hours. 05/28/2021**

Exhibit S-7 continued



Milly an ex-employee we lost, is coming to help out after she leaves her other job. I have to be in office when she comes. Which means I am working that nite. "I'm serious I'm not working more then 8 hours any more". Ralf is our lawyer

Exhibit S-7 continued