**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22405-CIV-D'ANGELO**

JEANETTE DOMINGUEZ,

      **Plaintiff,**

vs.

RADIOLOGIC P.L., *et al.*,

      **Defendants.**

_____/

## ORDER ON CASES WITH MULTIPLE DEFENDANTS

**THIS CAUSE** is before the Court upon a *sua sponte* review of *Pro se* Plaintiff Jeanette Dominguez's Complaint filed on April 7, 2026 (DE 1).[1]  To more efficiently manage this case, it is hereby **ORDERED** as follows:

    1.    Defendants shall file joint responses and motions, including motions to dismiss.[2]

        a.  If there are conflicts in positions such that a single motion cannot be filed, Defendants shall file a motion for leave to file separate responses or motions, where they shall specify the conflict and why a single response or motion cannot be filed.

        b.  If Defendants need more than twenty pages for their joint response or motion, they shall file a motion for leave to file excess pages.

    2.    Defendants may file separate answers to the Complaint.  Unless otherwise ordered

---

[1] Pursuant to Administrative Order 2025-11 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.

[2] If Defendants file a joint response or motion, it shall contain all the bases for dismissal.  Nothing in this Order prevents Defendants from later raising any non-waivable jurisdictional defenses.

by the Court, the time for responsive pleadings—for all Defendants—begins once all Defendants have been served or waived service.  If Defendants face different response times, all Defendants will be subject to the longest of those response periods.  In other words, the deadline to file a response to the Complaint begins when either (1) the last Defendant is served, or (2) the last Defendant agrees to waive service.

3.      Failure to comply with this Order may result in sanctions, in the Court's discretion, including striking the motion(s) or response(s).

**DONE and ORDERED** in Chambers in Miami, Florida on this 13th day of April, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE


cc:     Jeanette Dominguez
        All Counsel of Record

2