**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22405-CIV-D'ANGELO**

JEANETTE DOMINGUEZ,

      **Plaintiff,**

vs.

RADIOLOGIC P.L., *et al.*,

      **Defendants.**

                             /

## ORDER REGARDING JURISDICTION

Pursuant to Administrative Order 2025-11 ("Administrative Order"),[1] the undersigned United States Magistrate Judge has been assigned as the presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment. The Administrative Order permits any party to "opt out [of the Magistrate Judge's jurisdiction] by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge."

Any party is free to opt out of the Magistrate Judge's jurisdiction without any adverse consequences. If any party does opt out of the Magistrate Judge's jurisdiction by filing the opt-out form indicating a request for case reassignment, a United States District Judge will be assigned to preside over this case, including any trial, and enter any dispositive order and final judgment. An appeal from that final judgment is taken to the United States Court of Appeals for the Eleventh Circuit. The undersigned Magistrate Judge will remain on the case and will enter any orders and/or report and recommendations on any matters referred by the District Judge.

---

[1] Attached as Exhibit 1.

Consent streamlines the legal process because the legal standard of review is identical at all levels in the judicial review process.  In accordance with Title 28, United States Code, Section 636(c) and Federal Rule of Civil Procedure 73, the parties may waive their right to proceed before a District Judge and voluntarily consent to have a Magistrate Judge conduct any or all proceedings in this case and to order the entry of a final judgment.  If the parties consent to have the case handled by a Magistrate Judge, the undersigned will enter all orders, preside over any trial, and render a final decision and judgment in due course.  An appeal from the final judgment is taken to the United States Court of Appeals for the Eleventh Circuit.

Within fourteen (14) days from the date of this Order Regarding Jurisdiction, the parties shall complete the attached consent/opt out form (absent extensions requested on motion and for good cause).[2]  The form should be completed and filed with the Clerk of the Court on the docket of the case. If a party seeks to consent to the exercise of Magistrate Judge jurisdiction going forward in the action, the consent form should reflect that the party has expressly consented. Alternatively, if the party seeks to opt-out of consent jurisdiction, the same form should be signed and returned to the Clerk of the Court but should reflect the request for case reassignment.  A request for case reassignment does not need to be supported by a memorandum of law and does not require a Local Rule 7.1 conferral certification.

Failure to comply with this Order will be deemed as a waiver of the opportunity to timely opt-out of and amount to implied consent to the continued exercise of Magistrate Judge jurisdiction.  In that event, this case shall proceed in full before the undersigned Magistrate Judge for all purposes including any trial, entering any dispositive order, and, if appropriate, a final judgment.  In other words, a party's continued filing of documents in the case without complying

---

[2] Attached as Exhibit 2.

with this Order may be deemed as consent by that party to the jurisdiction of the undersigned Magistrate Judge over all aspects of the litigation, including any trial and the entry of a dispositive order and final judgment.  *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they ha[ve] been told of their right to be tried by a district judge").

**DONE and ORDERED** in Chambers in Miami, Florida on this 13th day of April, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:      *Pro Se* Plaintiff Jeanette Dominguez
         All Counsel of Record