# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ADMINISTRATIVE ORDER 2025-11**

**IN RE: RANDOM ASSIGNMENT OF**
**NON-PRISONER *PRO SE* CASES TO**
**UNITED STATES MAGISTRATE JUDGES**

_____/

FILED BY_____NC_____D.C.

**Mar 3, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

Pursuant to the authority conferred by 28 U.S.C. section 137, and to improve the efficiency and timely resolution of non-prisoner *pro se* cases, it is

**ORDERED** that all newly filed non-prisoner *pro se* cases will be randomly assigned to Magistrate Judges (without paired District Judges) by Division.  Any party who objects to the assignment of a Magistrate Judge as the presider may opt out by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge.  Upon receipt of an order granting the motion for reassignment, the Clerk will randomly reassign the case to a District Judge following the Court's standard civil case assignment procedures, keeping the original Magistrate Judge assigned to the case.  It is further

**ORDERED** that the Clerk of Court shall begin randomly assigning all new non-prisoner *pro se* cases in this manner on March 5, 2025, and until further order of the Court.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

c:      All Southern District of Florida District Judges, Bankruptcy Judges and Magistrate Judges
        Angela E. Noble, Court Administrator • Clerk of Court
        Library