# EXHIBIT 2

Adapted from AO 85

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| *v.* | ) | |
| _____ | ) | |
| *Defendant* | ) | Civil Action No. _____ |
|  | ) | |
|  | ) | |

## CONSENT/NON-CONSENT TO A CIVIL ACTION TO A MAGISTRATE JUDGE

### (CHECK ONLY ONE OPTION BELOW)

_____I consent to have my case assigned to Magistrate Judge Ellen F. D'Angelo, to conduct all proceedings in the case including trial, the entry of final judgment, and all post-trial proceedings, but preserving all rights to appeal to the Eleventh Circuit Court of Appeals.

_____I decline consent and exercise my right to opt-out of magistrate judge jurisdiction and seek reassignment of the action to a District Judge as presiding Judge.

| *Printed names of party and attorney* | *Signatures of party or attorney* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |