UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22405-CIV-D'ANGELO

FILED BY ___ MCO ___ D.C.

APR 1 4 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

JEANETTE DOMINGUEZ

Plaintiff(s)

vs.

RADIOLOGIC P.L. et al.,

Defendant(s).

_____/

## ATTACHMENT TO COMPLAINT FOR VIOLATIONS OF FAIR LABOR STANDARDS

### III. STATEMENT OF CLAIM (Continued)

A. **Nature of employer's business:**

b. SANCHEZ RADIOLOGY d/b/a PRECISION HEALTHCENTERS(TIN XX-XXX5791): The active diagnostic center and physical headquarters located at 2975 Coral Way, which serves as the hub for the entire enterprise.

c. CARLOS SANCHEZ M.D., P.A.(TIN XX-XXX1017): A professional association used as a payroll shell and "workaround" to submit claims to Blue Cross and Blue Shield of Florida (BCBSFL) for services rendered at Precision Healthcenters, who was not contracted with BCBSFL. This entity has no independent medical services and is solely dependent on the revenue of the larger integrated enterprise. Plaintiff was paid primarily from this account via Zelle.

d. CARLOS SANCHEZ, M.D. He is the Director of Radiology at five South Florida Hospitals. Dr. Sanchez owns and operates the entire enterprise. Plaintiff had a long-standing

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

working relationship with Dr. Sanchez and believed their professional relationship was based on trust and mutual respect and considered him like family.

**C. Employee's job title and a description of the kind of work done:**

video and audio surveillance by Defendant Carlos Sanchez, M.D. In addition, Dr. Sanchez had access to and was consistently provided with audit trails from AdvancedMD, the billing software used in the practice. Defendant could also see when the Plaintiff worked from home because the software recorded the IP address.

In addition, the economic realities of the relationship are that of an employee due to the following factors:

**Control:** Defendants exercised total control over the Plaintiff's work, ultimately setting her schedule, requesting and demanding work be done, that resulted in how many hours the Plaintiff had to work, providing specific software protocols, and requiring her to work on-site under direct supervision *and surveillance*. While there are multiple email exhibits, the text messages show the level of control. **Investment:** Plaintiff did not invest in her own medical billing facilities or equipment. All computers, software, and office supplies were provided by the Defendants. **Opportunity for Profit or Loss:** Plaintiff was paid a set hourly rate. She had no opportunity to increase her profit through managerial skill or to suffer a business loss; she was simply a worker dependent on her wages. **Permanence:** The relationship was continuous and indefinite, lasting over five years, rather than being project-based or finite. Plaintiff's relationship with Defendant Carlos Sanchez was one of loyalty, seeking at all times to meet his expectations, but failing to do so as he asked more and more of the Plaintiff. **Integral Part of Business:** Plaintiff's work in medical billing and collections was a core, integral function of the Defendants' diagnostic radiology practice. **Skill and Initiative:** While Plaintiff is a skilled biller and collector, the work was routine and did not require the kind of independent business initiative typical of a true contractor. The Plaintiff did not "sell" her services to anyone. The Plaintiff had job duties that the Defendants insisted she put on an invoice.

**E. Number of hours actually worked each week in which a violation is claimed:**

2

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

| Week Ending | Total Hours | OT Hours | Underpayment ($12.82/hr) |
|---|---|---|---|
| 9/27/2023 | 54.00 | 14.00 | $179.48 |
| 10/4/2023 | 64.50 | 24.50 | $314.09 |
| 10/11/2023 | 57.50 | 17.50 | $224.35 |
| 10/18/2023 | 62.50 | 22.50 | $288.45 |
| 10/25/2023 | 40.00 | 0.00 | $0.00 |
| 11/1/2023 | 67.00 | 27.00 | $346.14 |
| 11/8/2023 | 63.00 | 23.00 | $294.86 |
| 11/15/2023 | 58.25 | 18.25 | $233.97 |
| 11/22/2023 | 59.25 | 19.25 | $246.79 |
| 11/29/2023 | 68.50 | 28.50 | $365.37 |
| 12/6/2023 | 52.75 | 12.75 | $163.46 |
| 12/13/2023 | 55.50 | 15.50 | $198.71 |
| 12/20/2023 | 66.00 | 26.00 | $333.32 |
| 12/27/2023 | 55.50 | 15.50 | $198.71 |

2023 Total Owed (from 2023): $9,534.88 for $743.75 hours

| Week Ending | Total Hours | OT Hours | Underpayment ($12.82/hr) |
|---|---|---|---|
| 1/3/2024 | 71.50 | 31.50 | $403.83 |
| 1/10/2024 | 62.50 | 22.50 | $288.45 |
| 1/17/2024 | 48.50 | 8.50 | $108.97 |
| 1/24/2024 | 62.50 | 22.50 | $288.45 |
| 1/31/2024 | 52.50 | 12.50 | $160.25 |
| 2/7/2024 | 53.75 | 13.75 | $176.28 |
| 2/14/2024 | 64.25 | 24.25 | $310.89 |
| 2/21/2024 | 46.50 | 6.50 | $83.33 |
| 2/28/2024 | 40.00 | 0.00 | $0.00 |
| 3/6/2024 | 55.00 | 15.00 | $192.30 |

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

| 3/13/2024 | 53.50 | 13.50 | $173.07 |
| 3/20/2024 | 59.50 | 19.50 | $250.00 |
| 3/27/2024 | 61.75 | 21.75 | $278.84 |
| 4/3/2024 | 58.50 | 18.50 | $237.17 |
| 4/10/2024 | 62.50 | 22.50 | $288.45 |
| 4/17/2024 | 55.50 | 15.50 | $198.71 |
| 4/24/2024 | 40.00 | 0.00 | $0.00 |
| 5/1/2024 | 50.50 | 10.50 | $134.61 |
| 5/8/2024 | 41.50 | 1.50 | $19.23 |
| 5/15/2024 | 36.75 | 0.00 | $0.00 |
| 5/22/2024 | 43.50 | 3.50 | $44.87 |
| 5/29/2024 | 44.50 | 4.50 | $57.69 |
| 6/5/2024 | 62.75 | 22.75 | $291.66 |
| 6/12/2024 | 52.75 | 12.75 | $163.46 |
| 6/19/2024 | 50.00 | 10.00 | $128.20 |
| 6/26/2024 | 54.00 | 14.00 | $179.48 |
| 7/3/2024 | 40.00 | 0.00 | $0.00 |
| 7/10/2024 | 46.00 | 6.00 | $76.92 |
| 7/17/2024 | 53.50 | 13.50 | $173.07 |
| 7/24/2024 | 52.25 | 12.25 | $157.05 |
| 7/31/2024 | 44.75 | 4.75 | $60.90 |
| 8/7/2024 | 25.75 | 0.00 | $0.00 |
| 8/14/2024 | 41.00 | 1.00 | $12.82 |
| 8/21/2024 | 44.25 | 4.25 | $54.49 |
| 8/28/2024 | 55.25 | 15.25 | $195.51 |
| 9/4/2024 | 50.00 | 10.00 | $128.20 |
| 9/11/2024 | 50.75 | 10.75 | $137.82 |

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

9/18/2024     47.00  7.00     $89.74

9/25/2024     42.50  2.50     $32.05

**Total Back Wages for 435 hours OT  $5,576.70 (2024)**

**G. Date (s) of the alleged violation (s)**

Each payment below was a violation because they were sporadic and underpaid. Defendants maintained a formal payroll system (Paychex) for other employees, with regular bi-weekly paydays. However, Defendants intentionally excluded Plaintiff from this system. To create the illusion of an independent contractor relationship, Defendants required Plaintiff to submit 'itemized invoices'—which were merely a list of the Plaintiff's daily job duties—that coincided with the company's standard pay periods.

While other employees were paid via the payroll system on the Friday following the pay period, Plaintiff was paid sporadically via Zelle and personal accounts—often weeks late—and was denied the 1.5x overtime premium paid to other staff.

For example: For Work Periods ending March 8, 2023, and March 22, 2023, Plaintiff should have been paid by March 10 and March 24, respectively, like all other employees. Instead, as shown in the payment log below, these were not paid until April 11, 2023, or later.

It was not until Plaintiff was finally entered into the Paychex system in September 2024 that Plaintiff began receiving regular direct deposits every two weeks. Furthermore, even after Plaintiff received her first direct deposit from 'Sanchez Radiology' on 10/4/2024, Defendants continued to issue 'catch-up' Zelle payments from the Carlos G Sanchez MD PA account (e.g., $1,000 on 10/7/2024 and $604.01 on 10/16/2024). These sporadic Zelle payments, made in between regular bi-weekly payroll deposits, serve as an admission by the Defendants that they carried a significant balance of unpaid wages and overtime from the previous 'invoice' periods. All these late payments are violations in and of themselves, in addition to the unpaid overtime premiums, not to mention the returned checks. Plaintiff has included samples of bank deposits Exhibit T.

**Deposit Date     Description                                              Amount**

5

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

| | | |
|---|---|---|
| 4/11/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R62Vylb | 2000 |
| 4/12/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R64D9C6 | 1500 |
| 4/24/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R6Z3Grt | 734 |
| 5/8/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R7Y64Xf | 2484.52 |
| 5/16/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R8Kmlkq | 1000 |
| 5/18/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R8R87W4 | 1500 |
| 5/19/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R8Rp6Pn | 1200 |
| 5/22/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R8Xm5DR | 653.06 |
| 5/23/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R944L9V | 1141.94 |
| 6/1/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R9NY4Hb | 653.06 |
| 6/2/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0R9Sm9Tk | 397 |
| 6/7/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rb5J3Wh | 1814.02 |
| 6/30/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rcrbt5G | 2741.05 |
| 7/7/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rdbhmwj | 2520.07 |
| 7/21/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rfblr5F | 2600 |
| 8/15/2023 | ATM Check Deposit  8/15 175 Nw 199th St Miami FL Card 5170 SR | 3000 |
| 8/21/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rhmrzdd | 2500 |
| 9/5/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rjtxylq | 2900 |
| 9/18/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rkp3Myr | 2401.95 |
| 10/10/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rmhb6Zd | 3400 |
| 10/16/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rmzxcz8 | 2000 |
| 11/14/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rq7Kls2 | 2440 |
| 11/17/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rqgfh9Q | 500 |
| 11/20/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rqqnjhm | 2100 |
| 11/24/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rqyrjs9 | 1810 |
| 12/4/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rrrtrm8 | 2850 |
| 12/7/2023 | Zelle payment from Carlos G Sanchez MD PA Wfct0Rrzp97K | 538.98 |

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

| | | | |
|---|---|---|---|
| 1/2/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0RTV4M96 | 2400 | |
| 1/3/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0Rv4M96 | 1000 | |
| 1/16/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0RVXX8WJ | 1000 | |
| 1/16/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0RVYRC53 | 656.89 | |
| 1/19/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0RWBRSFX | 2500 | |
| 2/2/2024 | REMOTE ONLINE DEPOSIT CARLOS G SANCHEZ MD PA 1443 | 2000 | |
| 2/9/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0RXZ4LJ3 | 500 | |
| 2/14/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0RYDBSPC | 940.61 | |
| 2/23/2024 | REMOTE ONLINE DEPOSIT Radiologic PL 1514 | 2000 | |
| 2/23/2024 | REMOTE ONLINE DEPOSIT Radiologic PL 1515 | 896.19 | |
| 2/28/2024 | REMOTE ONLINE DEPOSIT Radiologic PL returned check | -2000 | |
| 2/28/2024 | REMOTE ONLINE DEPOSIT Radiologic PL returned check | -896.19 | |
| 3/4/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0RZW65BH | 2000 | |
| 3/18/2024 | REMOTE ONLINE DEPOSIT # Radiologic PL 10001 | 2500 | |
| 3/29/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0S43GFTD | 1500 | |
| 4/1/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0S469C8Y | 700 | |
| 4/9/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0S524NZW | 1100 | |
| 4/10/2024 | ATM CHECK DEPOSIT 04/10 801 SW 27TH AVE MIAMI FL 1474 mdpa | | 2000 |
| 4/15/2024 | ATM CHECK DEPOSIT 04/10 801 SW 27TH AVE MIAMI FL 1474 mdpa | | -2000 |
| 4/19/2024 | REMOTE ONLINE DEPOSIT # CARLOS G SANCHEZ MD PA 1401 | 2000 | |
| 4/30/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0S6S7DV6 | 1300 | |
| 5/1/2024 | Zelle payment from Carlos Sanchez 2DY0IM21VSIV (personal account?) | 1000 | |
| 5/2/2024 | Zelle payment from Carlos Sanchez 2DY0IM32P9A0 (personal account?) | 900 | |
| 5/6/2024 | REMOTE ONLINE DEPOSIT # CARLOS G SANCHEZ MD PA 1403 | 3416.1 | |
| 5/7/2024 | Zelle payment from Carlos Sanchez 2DY0IM21ULYX (personal account?) | 1000 | |
| 6/3/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0S9MWNBN | 1800 | |
| 6/5/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0S9YHKG9 | 2000 | |

Dominguez v. RADIOLOGIC P.L. et al. Attachment to Complaint

| Date | Description | | Amount |
|---|---|---|---|
| 6/24/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SCFYKJS | | 2000 |
| 7/3/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SDCKNG2 | | 592.7 |
| 7/9/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SDVBFJS | | 500 |
| 7/11/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SDY8WBN | | 1500 |
| 7/15/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SFBF8NM | | 2263.41 |
| 8/5/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SG89G8S | | 1500 |
| 8/7/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SGC63BS | | 942.97 |
| 8/23/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SGSNV9F | | 1500 |
| 9/3/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SGZDR65 | | 1800 |
| 9/10/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0SH7CQL3 | | 1500 |
| 9/17/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0Y2X8CVW | | 1000 |
| 9/23/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0Y3DK9S5 | | 1000 |
| 10/4/2024 | SANCHEZ RADIOLOG PAYROLL | PPD ID: 9010146859 | 1840 |
| 10/7/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0Y4HPV9N | | 1000 |
| 10/16/2024 | Zelle payment from CARLOS G SANCHEZ MD PA WFCT0Y568W3G | | 604.01 |
| 10/18/2024 | SANCHEZ RADIOLOG PAYROLL | PPD ID: 9010146859 | 1196.46 |
| 11/1/2024 | SANCHEZ RADIOLOG PAYROLL | PPD ID: 9010146859 | 1840 |

## H. Additional Facts

1. Defendants are "employers" engaged in interstate commerce with annual gross volume exceeding $500,000.

2. Defendant CARLOS SANCHEZ, M.D. is sued individually as he exercised common control and unified operation over RADIOLOGIC PL and SANCHEZ RADIOLOGY. He subsequently paid for the work using a different EIN belonging to CARLOS SANCHEZ MDPA. These entities functioned as a single integrated enterprise, sharing office space, management, and a common business purpose, with Dr. Sanchez acting as the ultimate authority over Plaintiff's hiring, firing, payments, and wages. Specifically, Dr. Sanchez exercised direct

8

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

financial control by misclassifying Plaintiff as an independent contractor, insisting on itemized invoices for daily tasks, and refusing to enter Plaintiff into the payroll system to track hours. By paying Plaintiff via Zelle transfers from a different EIN (CARLOS SANCHEZ MDPA), Defendants maintained a "shadow payroll" to evade FLSA overtime obligations and federal tax reporting. This underreporting has significantly impacted Plaintiff's Social Security earnings record and created an undue tax burden.

3. February 13, 2020: Plaintiff began providing services to Radiologic, P.L. remotely from Virginia. At this inception, Plaintiff operated as a legitimate Independent Contractor, performing limited, targeted tasks related to patient statements using personal equipment on a self-determined schedule for a flat rate of $450.00 per week.

4. March 26, 2020: While Plaintiff was still remote, Defendant Carlos Sanchez requested additional administrative tasks. Plaintiff's weekly pay was increased to $600.00. At this stage, the independent contractor status began to blur as Defendants started requiring specific methods of performance and coordination within set office hours. Dr. Sanchez subsequently requested Plaintiff relocate to Miami. Plaintiff negotiated an hourly rate of $21.88 ($875.00 per week) and relocated to Florida to begin on-site work.

5. August 29, 2020: Plaintiff started working on-site at 2975 Coral Way, Miami, FL 33129. While hired to work for Radiologic, P.L., the duties soon expanded to include Sanchez Radiology (DBA Precision Healthcenters). However, Plaintiff continued to be paid primarily from the EIN for CARLOS SANCHEZ M.D.,P.A.

6. Dr. Sanchez refused to add Plaintiff to the payroll system, which denied Plaintiff the ability to record hours via a time clock or receive formal paystubs. Still labeled as an independent contractor, Plaintiff was required to submit weekly invoices and timesheets to receive payment. (Exhibit C First onsite invoice 8 hours OT) To match the pay periods of W-2 employees, Plaintiff eventually submitted invoices every two weeks. The workload increased daily, with Plaintiff working 48 hours the first week on-site. Plaintiff worked alongside W-2 employees on accounts-receivable, billing, collections,

9

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

and front-desk duties under the direction of multiple supervisors. This transition marks the point where the relationship fundamentally shifted to a traditional employer-employee relationship subject to the FLSA.

7. Following the departure of a billing supervisor, Plaintiff was elevated to that position in title; however, Dr. Sanchez retained sole operational control. Plaintiff was paid only for straight-time hours worked and was never compensated for overtime. By the fifth week of on-site employment, Plaintiff had accumulated 77 hours of unpaid overtime. (Exhibit D).

8. By the end of 2020, Plaintiff had 193.50 hours of unpaid overtime. By the end of 2021, that number rose to 727 hours. By June 29, 2022, Plaintiff had accumulated 853.50 hours of unpaid overtime—representing over $28,000 in uncompensated labor.

9. In addition to the lack of overtime pay, Defendants consistently failed to pay Plaintiff on time. (Exhibits E and F).

10. Throughout the employment, Plaintiff repeatedly complained about the overtime and workload. (Exhibit G). Dr. Sanchez repeatedly attacked the Plaintiff for not working whenever the issue of compensation and workload came up. Dr. Sanchez had a direct effect on the hours the Plaintiff had to work, including New Year's Eve and the end of every month to close the books, because he kept necessary payments at home instead of bringing them to the office to get posted. Plaintiff was required to work on New Year's Eve 2021. Plaintiff emailed Dr. Sanchez to complain and the fact that her paycheck was short. Dr. Sanchez responded: *"As we discussed multiple times before; you are independent contractor. You get paid by the work that its done on a weekly basis. You're not on a time clock. You do not charge for overtime. You do not have a set schedule."* He then concluded *"thank you very much for your work and Happy New Year."* (Exhibit H)

11. Dr. Sanchez required Plaintiff to submit "itemized" invoices, a directive Plaintiff believes was intended to maintain the legal illusion of independent contractor status. (Exhibit I)

10

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

Plaintiff just put her job duties. "Explain to the owner of a medical practice ....that we are shorthanded and what we do here". "Too bad you don't notice the free labor". (Exhibit J) Plaintiff emailed again May 16,2023 asking to stop getting paid outside of the payroll system (Wells Fargo account) and to be paid because again he was late. (Exhibit K)

12. June 29, 2022: Plaintiff emailed Dr. Sanchez regarding the 853.50 hours of accumulated overtime, stating: *"And before you tell me I am an independent contractor and don't qualify for overtime, the fact that I cannot hire an employee makes me an employee."* (Exhibit L). Plaintiff and Defendant had many such conversations and the written communications reflect the frustration and also the familiarity between them.

13. Despite these protests, Defendants continued to misclassify Plaintiff and pay a flat weekly amount with no overtime premium. Plaintiff was not an exempt salaried employee. He paid a flat rate because independent contractors do not get paid overtime.

14. June 29, 2022: Dr. Sanchez began paying Plaintiff for hours worked over 40, but only at the straight-time rate of $21.88 ($875.00/40 hours). (Exhibit M)

15. Defendants later issued a $50.00 weekly raise, bringing Plaintiff's regular rate to $23.13 per hour ($925.00/week). However, Defendants continued to pay all overtime hours at the old rate of $21.88, instead of the required legal time and a half. So "invoices" showed $925.00 and separately the overtime giving the illusion of "fluctuating hours". Plaintiff was still excluded from the payroll system to maintain the illusion of contractor status. (Exhibit N)

16. Plaintiff served in the Medical Billing and Collections department as a Clerk, Manager, or Supervisor, regularly working over 40 hours per week without receiving the mandatory 1.5x overtime premium between August 2020 and October 2025.

11

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

17. January 2023 to October 17, 2025: Defendants willfully misclassified Plaintiff, paying only $21.88 per hour for overtime instead of the required $34.70 (1.5x the regular rate of $23.13).

18. May 2024: Defendants began hiring personnel to replace the Plaintiff. Plaintiff was required to train these new hires while her own workload continued to fall behind.

19. September 2024: Defendants finally transitioned Plaintiff to the Paychex payroll system. Simultaneously, Defendants unilaterally reduced Plaintiff's hourly rate from $23.13 to $23.00. Defendants manually adjusted and deleted recorded hours from the system for three pay periods to ensure the records did not reflect more than 40 hours per week. (Exhibit O Paystubs $23.00 hr)

20. Plaintiff was instructed not to work overtime, yet the workload remained unmanageable. Plaintiff frequently performed work at home without compensation. Dr. Sanchez knew it. Plaintiff does not have the will to make it an issue of it here.

21. Following termination on October 17, 2025, Plaintiff was initially denied unemployment benefits due to the misclassification. Upon appeal and with the Independent Contractor Analysis Form rts 6061, the Florida Department of Revenue investigated and issued an Adjusted Monetary Determination, officially reclassifying Plaintiff as a W-2 employee. (Exhibit P)

22. Plaintiff found out that Defendants substantially underreported her income to the IRS for 2023 (by $63,626.00 and 2024 by $39,041.75). (Exhibit Q) Plaintiff filed an SS-8 form to the IRS and amended her taxes with form 8919 for years 2021 thru 2025, but not before imploring Defendant Carlos Sanchez, to provide W2's and contact the IRS on his own. "I also gave you the opportunity to correct this mess with the IRS. I thought if you did it on your own it would be better for you as far as the IRS goes". "Es que tu no le haces caso a nadie". The Plaintiff knew the serious consequences for Dr. Sanchez and tried to protect him and still does. (Exhibit Q)

12

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

23. On January 8, 2026, Plaintiff filed a complaint with the Department of Labor (Case #5093262). In February, stating I had a valid claim, declined further action. June 27, 2025, through Field Assistance Bulletin No. 2025-3, the agency ceased the practice of administrative settlements, reversing a previous policy that permitted "double damages" during investigations. Plaintiff is filing this complaint now to toll (stop) the statute of limitations, having already lost the ability to claim back wages for January and February 2023. Filing with the DOL does not stop the clock. (Exhibit R)

24. Plaintiff initially sought legal counsel; however, a disagreement arose regarding the timing and strategy of the filing, leading Plaintiff to proceed *pro se*. Plaintiff's primary objective is the recovery of earned, unpaid wages and a swift resolution of this matter. By proceeding without counsel, Plaintiff aims to minimize legal fees for all parties and avoid protracted litigation, allowing both parties to resolve outstanding matters and move forward

25. To ensure the complaint was filed before the statute of limitations expired on the 2023 claims, Plaintiff chose to proceed *Pro Se*. Plaintiff is here to stop the clock and litigate the merits of the FLSA claim to recover unpaid wages without further delay. *It's why this complaint has so many exhibits.* In five minutes, Ralf Rodriguez (Defendant's lawyer) can resolve this, and keep costs down for Dr. Sanchez. That can change, if this complaint is challenged and Defendant's exploit the Plaintiff's ignorance of court proceedings.

26.  At all times Defendants knew precisely when the Plaintiff was working and what she was doing. The employees were surveilled with video and audio. Defendants monitored the cameras and could hear entire conversations, including when the phones rang. The software used for medical billing contains audit trails and logs showing IP addresses, tracking every patient account worked. Defendants maintained constant control. Defendant Dr. Sanchez was highly aware of the overtime, lack of personnel, free labor, and workload at all times via audio/video surveillance and audits. Exhibit S contains

13

these audits, text messages, *and video surveillance with audio.* Also has an email acknowledging finally *Plaintiff's status as an employee.*

27. Finally, Plaintiff is providing a list of employees that do or did the same work as the Plaintiff. They are ALL W2 non-exempt employees.  This was a key issue for the DOL and the IRS. The employees are Rene Maresma (who supervises), Sheila Vega (who supervises with a sign "do not disturb" on her door, Yilian Rodriguez who posts payments and speaks to patients), Roni Politi who answers the phones, Juana, Izenia and Invania and Desiree Borges, my daughter, who all work on denials, rejections and the AR in general. All together this team works very hard on the AR, as did the Plaintiff. Past employees include Amanda Fernandez, Julia Plasencia, Adriana, Carmen (who quit because of the surveillance), Lilly, Liena Cabeza, Guillermo. One by one they can speak to our work. Again, they were all W2 employees.

## IV. Relief -continued from Pro Se FLSA form (See Exhibit T)

### A. STATUTORY OVERTIME UNDERPAYMENT (Jan 2023 – Oct 2024)
During this period, the Plaintiff was required to invoice for all hours worked. The Defendant paid a sub-legal overtime rate of **$21.88**, rather than the required 1.5x rate of **$34.70**.
- **Total Overtime Hours Worked:** 1,178.75 Hours

- **Hourly Underpayment Amount:** $12.82 ($34.70 - $21.88)

- **Total Statutory Underpayment:** $ 15,111.58

### B. WITHHELD HOURS & "SHAVED" OT (Sept 2024 – Oct 2024)
Upon transitioning to the Paychex (payroll) system, the Defendant unilaterally reduced the hourly rate from $23.13 to **$23.00** and failed to pay any overtime premium for pay periods 09/19-10/2/2024, 10/05-10/16/2024 and 10/17-10/30/2024.  Additionally, recorded hours were manually removed from the payroll.
- **Example 10/05–10/16/2024 61.77 Hours Worked; 52.00 Hours Paid at $23.00 hr. Owes $232.28**

- **Example 09/19-10/2/2024 82.50 hours worked, 80 hours paid at $23.00 hr. Owes $97.15**

- **Example 10/17-10/30/2024 80 hours paid at $23.00 Owes $10.40**

14

Dominguez v. RADIOLOGIC P.L. et al.Attachment to Complaint

- **Total Withheld/Shaved Wages: $339.83**

## C. TOTAL DAMAGES CLAIMED

The Defendant's violations are **willful**, as evidenced by the receipt and payment of detailed bi-weekly invoices documenting all overtime hours for over 4 years. Back wages are for 2023 and 2024.

| Period | Claim Type | Hours Worked (Avg) | Rate Paid | Required OT Rate (1.5x) | Underpayment per OT Hour | Total Unpaid OT for Period |
|---|---|---|---|---|---|---|
| Jan 2023 – Aug 2024 | Misclassified as IC | 50–90 per pay period | $21.88 | $34.70 | $12.82 | $15,111.58* |
| Sept 2024 – Oct 2024 | Payroll Transition | Over 40/week | $23.00 | $34.50 | $34.50 (Zero Paid) | $339.83 |
| TOTAL | Back Wages | | | | | $15,451.41 |
| LIQUIDATED DAMAGES | (Double) | | | | | $15,451.41 |
| GRAND | TOTAL | | | | | $30,902.82 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2026.

_Jeanette Dominguez_

Jeanette Dominguez, Plaintiff Pro Se

15

## Exhibit List

Exhibit Description

A First Invoice – $450.00 (February 20, 2020) – Independent Contractor status.

B First Invoice – $600.00 (March 26, 2020) – Independent Contractor status.

C First On-site Invoice – Miami (September 4, 2020).

D Timesheet (September 2020) – Documenting 77 hours of unpaid overtime.

E Email correspondence regarding unpaid hours (February 7, 2022).

F Email requesting to be added to payroll system for direct deposit  (March 9, 2022).

G Email requesting hourly pay rate (July 23, 2021).

H Email regarding "Short Check" and New Year's Eve work (January 2, 2022).

I Email regarding directive for "Itemized Invoices" (September 21, 2021).

J Email regarding job duties and "Free Labor" statement.

K Email regarding unpaid invoices and request to stop Wells Fargo payments (May        16, 2023).

L Email regarding hiring staff and employee status (June 29, 2022).

M Invoice (June 29, 2022) – 2 weeks, showing overtime paid at $21.88.

N Invoice (July 13, 2022) – 2 weeks, showing $925.00 and overtime paid at $21.88

O Paychex Paystubs – Showing reduced rate of $23.00 per hour and only 52 hrs.

P Florida Department of Revenue – W2 employee eligible for unemployment compensations (Ms. Lafont).

Q IRS Tax Documentation (2023 and 2024) – underreported income/ amended taxes.

R Department of Labor (WHD) Complaint 5093262 Filed January 8, 2026

S Evidence of Control: Video/Audio surveillance logs, texts, and audit reports.

T Summary Spreadsheet: Calculation of Unpaid Wages and Damages; Bank Deposits.

**EXHIBIT A**

First Invoice – $450.00 (February 20, 2020) – Independent Contractor

EXHIBIT A

**Jeanette Dominguez**

**INVOICE**

4172 Ashmere Circle
Dumfries, VA 22025
Phone 407-492-8089  Fax [fax]

INVOICE #02202020
DATE: FEBRUARY 20, 2020

TO:
Radiologic Pi
2975 Coral Way
Miami, FL 33145

| DESCRIPTION | AMOUNT |
|---|---|
| Week ending 2/20/2020 for medical consulting on medical accounts receivables | 450.00 |
| | 450.00 |

3

EXHIBIT A

**EXHIBIT  B**

First Invoice – $600.00 (March 26, 2020) – Independent Contractor status.

4

EXHIBIT B

**Jeanette Dominguez**

**INVOICE**

4172 Ashmere Circle
Dumfries, VA 22025
Phone 407-492-8089

INVOICE #03262020
DATE: MARCH 26, 2020

**TO:**
Radiologic PI
2975 Coral Way
Miami, FL 33145

| DESCRIPTION | AMOUNT |
|---|---|
| Week ending 03/26/2020 for consulting on medical accounts receivables full time | 600.00 |
| 1. Implement, monitor and follow-up on outstanding patient balance AR. <br> 2. Bill patient Ten Day Pre Demand, Write off and send to CIB Collection Agency 4 million in past due accounts on the books. <br> 3. Send to CIB written off accounts that were never sent to the collection agency. Starred are sheets already sent to CIB. <br>  3-22-2020 599 patients added this week <br>  2-14-2020 1783 patients <br>  2-7-2020 103 patients* <br>  9-27-2019 2772 patients* <br>  8-7-2019  31 patient <br>  6-26-2019 971 patients <br>  5-28-2019 920 patient <br>  04-22-2019 859 patients* <br>  03-24-2019 734 patients* <br>  02-23-2019 818 patients* <br><br> Collaborate with office management a work plan for 6 million dollars in insurance AR. <br><br> Done this week amongst other not mentioned here: <br><br> Specifically spreadsheet for 09/27/2019 completed. Spreadsheet for 4/22/2019 (859 patients- $416,057.51) completed and sent to CIB. Continue to work CA spreadsheet for 2-14-2020 in conjunction with the Ten Day Pre Demand run on 2/26/2020,2/7/2020 and 3/24/2020. Monitor patient payments and send transmissions, etc. As of March 1, 2020 $20,695.98 patient payments posted. Work with the denial tracker. Coordinate with Dr. Sanchez the challenges regarding the AR. <br> Patient AR is down to $2,122,389.76 from 4 million. Work with AdvancedMD support to get more carriers into the electronic posting module. <br> See attached End of Day totals report for March and AR Summary. | |
| | 600.00 |

5

**EXHIBIT B**

**EXHIBIT C**

First On-site Invoice – Miami (September 4, 2020).

EXHIBIT C

**Jeanette Dominguez**

4172 Ashmere Circle
Dumfries, VA 22025
Phone 407-492-8089  Fax [fax]

TO:
Radiologic Pl
2975 Coral Way
Miami, FL 33145

# INVOICE

INVOICE #09042020
DATE: SEPTEMBER 4, 2020

| DESCRIPTION | AMOUNT |
|---|---|
| Week ending 09/04/2020 (August 29 thru September 4,2020) | 875.00 |
| Onsite work for Sanchez Radiology, Radiologic PL and Abreau &Sanchez Medical Group | |
| Timecard attached | |
| Rolling hours above 40 =8 | |
| | 875.00 |

7

EXHIBIT C

**EXHIBIT D**

Timesheet (September 2020) – Documenting 77 hours of unpaid overtime.

8

EXHIBIT D

| Timecard | Jeanette | Dominguez | | | | | Total Hours | Over 40 |
|---|---|---|---|---|---|---|---|---|
| Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | | |
| August 29 | August 30 | August 31<br>7:30 -6<br>10.5 hrs | Sept 1<br>7:30-6<br>10.5 hr | Sept 2<br>8:AM – 5:30<br>9.5 hr | Sept 3<br>8:15-6:15<br>10 hrs | Sept 4<br>8:am -3:30<br>7.5 hours | 48 | 8 |
| Sept 5 | Sept 6<br>5:00-7:45<br>2.75 | Sept 7<br>12:00 -5:15pm<br>5.25 | Sept8<br>8:45-6:30<br>9.75 | Sep 9<br>7:45-11:00<br>3.25<br>12:00-2.00<br>2.00 | Sep10<br>8:30-8:00pm<br>11.75 | Sep11<br>9:15-8:00 pm<br>10.75 | 48.50 | 8.50 |
| Sept 12 | Sep13 | Sep14<br>8:45-6:45<br>10 HOURS | Sep15<br>8:45-7:45<br>11 HOURS | Sep16<br>8:30-9:15<br>12.75 HOURS | Sep17<br>7:45-6:45<br>11 HOURS | Sep18<br>10:15-8:30<br>9.75 | 54.50 | 14.50 |
| Sept 19<br>11:30-12:30<br>1 hour | Sep20<br>4:00-8:30<br>4.5 hours | Sep21<br>8:00-6:30<br>10.5 hours | Sep22<br>8:00-7:30<br>11.5 | Sep23<br>7:00-12:00<br>3:00-7:30 santi birth<br>9.5 hours | Sep24<br>8:00-7:00<br>11 hours | Sep25<br>8:00-8:30<br>12.5 hours | 60.5 freaking hours | 20.5 |
| Sept 26<br>9:45-1:15<br>3.5 | Sep27 | Sep28<br>8:15-7:30<br>11.25 | Sep29<br>9:30-9:00<br>11.5 | Sep30<br>8:00-6:00<br>10 | Oct 1<br>7:30-6:30<br>11 | Oct2<br>7:15-6:30<br>11.25 | 58.5 | 18.5 |
| | | | | | Important for you to know this. If I am ever in need of time off I will be using those hours. | | Running OT>>> | 77 HOURS OVER TIME |

EXHIBIT D

**EXHIBIT E**

Email correspondence regarding unpaid hours (February 7, 2022).

EXHIBIT E

 **Gmail**

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

---

## my invoice pay period ending February 4th
1 message

---

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Mon, Feb 7, 2022 at 12:01 PM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

Pay period starting ending February 22 thru February 4th with 12.25 hours OVERTIME

Not only don't you pay me for the amount of hours I work you don't pay me on time.

On top of all of that you have the nerve to tell me that I get "violent" when
God forbid I tell you should pay me on time and without your drama.

I have to get it through my head that you don't appreciate me at all. You certainly don't deserve me.

I am so done. I am utterly depressed at the realization that I work for someone that doesn't appreciate me at all.

All you do is use me. I am going to treat you like you treat me and look for another job

Jeanette

---

**2 attachments**

january 2022 timecard1.docx
25K

02042022 2 weeks.docx
38K

11

**EXHIBIT E**

**EXHIBIT F**

Email requesting to be added to payroll system for direct deposit  (March 9, 2022).

EXHIBIT F

# M Gmail

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

## my invoice
1 message

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Wed, Mar 9, 2022 at 4:13 PM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>, cs4c5@aol.com, ginalquin@hotmail.com

Hola Idania and Gina

Make sure I get paid direct deposit 1750.00.

Gracias

**2 attachments**

February 2022 timecard after 02172022.docx
17K

03092022  2WEEKS .docx
38K

13

EXHIBIT F

**EXHIBIT G**

Email requesting hourly pay rate (July 23, 2021).

14

EXHIBIT G

**M Gmail**   Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

### my invoice
1 message

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>   Mon, Jul 26, 2021 at 7:27 AM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

Please pay me.

Dr. Sanchez you are going to have to start paying me by the hour.

Jeanette

---

**2 attachments**

📄 july Timecard.docx
   38K

📄 07232021  2 weeks.docx
   38K

| DESCRIPTION | AMOUNT |
|---|---|
| Week ending 0716/2021   875.00<br>Timecard attached 50.25 10.25 OVERTIME | 875.00 |
| Week ending 07/23/2021   875.00<br>Timecard attached 48.5 Hours  8.5 Overtime | 875.00 |
| Onsite work for Sanchez Radiology and Radiologic PL | |
| # 18.75 overtime | |
| Accrued  unpaid  rolling  hours  of  OVERTIME  above  40  -562.75  Hours<br>important for you to know this. If I am ever in need of time off I will be using those hours. | |

15

EXHIBIT G

**EXHIBIT H**

Email regarding "Short Check" and New Year's Eve work (January 2, 2022).

"As we discussed multiple times before; you are independent contractor. You get paid by the work that its done on a weekly basis. You're not on a time clock. You do not charge for overtime. You do not have a set schedule. Please refrain yourself. Thank you very much for your work and happy new year"

16

**EXHIBIT H**

 **Gmail**          Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

## MY TIME CARD AND HOURS
3 messages

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Sun, Jan 2, 2022 at 12:44 AM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

FOR THE PAY PERIOD ENDING 12/24/2021

FYI

I worked December 31 and January 1st

I saw the New Year in this office because I had to post all the money that you were keeping in your house where it does not do this office any good. You have no concept at all, none, of what we do here or how any medical AR works. You don't even know we are shorthanded when we are shorthanded.

While you are bitching about money you are keeping the EOBs.

Keep any new ones till the 20th so they can be posted by the RCM people.

How can you be so oblivious to the work that is done here?  We are following up on shit that you had in your house. Please don't do that again.

You need to take this transition seriously since you decided to go ahead with it.
I cannot protect you from yourself much longer.

**2 attachments**

📎 **12242021  2 weeks.docx**
   38K

📎 **december 2021 timecard.docx**
   23K

**Carlos Sanchez** <csanchezmd.cs@gmail.com>          Sun, Jan 2, 2022 at 11:08 AM
To: Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

Jeanette,

As we discussed multiple times before; you are independent contractor. You get paid by the work that its done on a weekly basis. You're not on a time clock. You do not charge for overtime. You do not have a set schedule.

Please refrain yourself.

Thank you very much for your work and happy new year!

Respectfully,

Carlo G Sanchez MD
[Quoted text hidden]

https://mail.google.com/mail/u/0/?ik=1dbee83132&view=pt&search=all&permthid=thread-a:r-8431169146647309144&simpl=msg-a:r-84757862106776...   1/2

3/29/26, 8:27 AM          Gmail - MY TIME CARD AND HOURS

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Wed, Jan 26, 2022 at 7:06 AM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

If anyone needs refraining it is you.  My check is 250.00 short for the pay period ending the 21st.
Why oh why would you do something so incredibly reckless? Do you think you need an upset right now in Radiologic?

[Quoted text hidden]

17

**EXHIBIT H**

**EXHIBIT I**

Email regarding directive for "Itemized Invoices" (September 21, 2021).
"I need a better itemization what are you claim overtime. I have no way to measure that at this point. Independent contractors don't get overtime. Please advise".

18

**EXHIBIT I**

 **Gmail**

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

---

## MY INVOICE
3 messages

---

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Thu, Sep 23, 2021 at 9:17 PM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

ATTACHED IS MY INVOICE

YOU THINK YOU CAN  PAY ME AND PAY THE FREAKING LAWYER?

---

**2 attachments**

**SEPTEMBER 2021 Timecard.docx**
39K

**09172021  2 weeks.docx**
38K

---

**Carlos Sanchez** <csanchezmd.cs@gmail.com>          Mon, Sep 27, 2021 at 7:41 PM
To: Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

I need a better itemization what are you claim overtime. I have no way to measure that at this point. Independent
contractors don't get overtime. Please advise.
[Quoted text hidden]

---

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Wed, Sep 29, 2021 at 5:33 PM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

and this independent contractor is not going to work one minute over 40 hours for you ever again.

You can't measure because you have always turned a blind eye to the amount of work in this place. You never gave a
damn about how many hours I put in.
Then you wonder why employees want to sue you.

I am so angry right now. You can't measure? That's cause  you have been getting the work for free.

**EXHIBIT I**

**EXHIBIT J**

Email regarding job duties and "Free Labor" statement.

Wants the invoices itemized with my job duties for the illusion of an independent contractor. "Too bad you don't notice the free labor".

EXHIBIT J

 Gmail

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

## Itemized invoices
3 messages

**Carlos Sanchez** <csanchezmd.cs@gmail.com>                                    Wed, Jan 12, 2022 at 10:40 AM
To: Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

Jeanette,

I noticed that the invoices submitted for the work performed are not itemized. Please resubmit invoices with the scope of work performed. This needs to be done for now on.

Carlos Sanchez MD

---

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Wed, Jan 12, 2022 at 2:23 PM

To: Carlos Sanchez <csanchezmd.cs@gmail.com>

Itemized? Why of course.

Supervise and manage approximately 3 million in charges in a month and a 5 million dollar AR
   1.  Supervise and manage that Charges are entered, reviewed and approved.
   2.  Supervise and manage Claims submitted. The goal is to get charges to the entity that is going to pay them.
   3.  Supervise and manage. Claims that don't go through, that print on paper, that end up unbilled or in exclusions are addressed so they may get to where they need to go to get paid. This process is time consuming.
   4.  Supervise and manage 3310 patients with balances in Radiologic.
   5. Supervise and manage 35 million charges in one year in a medical practice of course generates an insurance AR In addition to the obvious, or what should be obvious, there are other aspects of the AR that have to be worked. Refund requests, medical records for lawyers collection agencies, contracting, provider relations and difficult claims like workers compensation and Auto amongst others also require work.

Last but not least explain to the owner of a medical practice over and over and over again why giving 27% of his receivables is a massive mistake and that we are shorthanded and WHAT WE DO HERE.

[Quoted text hidden]

---

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Wed, Jan 12, 2022 at 2:26 PM
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

Too bad you don't notice the free labor

On Wed, Jan 12, 2022 at 10:40 AM Carlos Sanchez <csanchezmd.cs@gmail.com> wrote:
[Quoted text hidden]

21

**EXHIBIT J**

**EXHIBIT K**

Email regarding unpaid invoices and request to stop Wells Fargo payments (May 16, 2023).

Asking to stop paying me via Zelle and add me to the payroll system so I can get paid every two weeks like all the other W2 employees that do the same work I do. He owes me two pay periods

**EXHIBIT K**

 Gmail

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

---

**attached is my invoice up to today**
1 message

---

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>

Tue, May 16, 2023 at 8:47 PM

To: Carlos Sanchez <csanchezmd.cs@gmail.com>

Please pay me.

Let me remind you of something. No one here can work independently. Everyone here had to be trained and still needs training. You can't afford to hire anyone else. I have brought you through a transition from one medical record software to another. I have trained every damn person here. Everytime you complain about something I jump. I work insane hours when you do that and then you don't want to pay me.

The one person you should be paying you are not paying. I don't know what you are thinking but collections is not going to get any better with your erratic behavior. . Stop paying me out of the Wells Fargo account and using that as an excuse.

You owe me $4262.47. A month of work. Pay me

---

**2 attachments**

05162023 2WEEKS.docx
41K

May 2023 timecard.docx
21K

| | |
|---|---|
| Week from 5/3-5/9  925.00  40  (35.25 hours)<br>Over 40 hours 19 @ 21.88 an hour<br>employees, training, specials (I am coding)<br>Ongoing Issues Aetna and Cigna Precision, Oscar, enrollments, lost payments, direct deposits, Missing procedures per Dr Sanchez and *nothing coming into the banks, AUDITING, Per Dr. Sanchez: No one is collecting, no one is working, no one is answering the phones, meetings with employees, reports percentages, counting, explaining, what do we need, posting, Clemencia, bank access, direct deposit is a lie, what does everyone do.etc* Amanda, training. Old AR | 771.27<br>925.00 |
| Week ending 05/10-5/16/2022  925.00  40.hours (0 hours)<br>Over 40  10 @ 21.88 an hour<br>employees, training, specials (I am coding)<br>Ongoing Issues Aetna and Cigna Precision, Oscar, enrollments, lost payments, direct deposits, EFT and ERA enrollments. Meditech. Missing procedures per Dr Sanchez and *nothing coming into the banks, AUDITING, Per Dr. Sanchez: No one is collecting, no one is working, no one is answering the phones, meetings with employees, reports percentages, counting, explaining, what do we need, what does everyone do.etc* Amanda, training. Old AR -Cutting my hours. On 5/16/2023 Back to square one. Unable to reconcile. No way of knowing what's in the bank by DESIGN ON PURPOSE. Not getting paid. | 925.00 |
| Amount owed from, pay period ending 04/19/2023 $1703.32<br>Amount owed from, pay period ending 04/05/2023 28.47<br><br>You also owe me for a returned check and for Federal Express and supplies | Current 2,621.27<br>Past  $1,703.32<br>28.47<br>Total: $4,353.06 |

23

EXHIBIT K

**EXHIBIT L**

Email regarding hiring staff and employee status (June 29, 2022).

Dr. Sanchez is requested reports. By this time I had $853.50 hours in overtime because he refused to hire anyone. That is 28 thousand dollars of free labor. He had no need to hire anyone. He had me working for free.
**"And before you tell me I am an independent contractor and don't qualify for overtime, the fact that I cannot hire an employee makes me an employee".**

24

EXHIBIT L

 Gmail

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

**My invoice**
1 message

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

Wed, Jun 29, 2022 at 11:57 PM

To: Carlos Sanchez <csanchezmd.cs@gmail.com>

Hi,

Attached is my invoice. I'm not begging you to hire anyone and having any more discussions to justify why we need someone to fill a position that has existed for years telling me that we are doing quote "really really bad". You have no consideration for me. It's my fault though.

Attached are the totals for June. You manipulate me and I don't deserve that.

For some perspective my running Hours above 40 is 853.50 $21.88 at time and a half is 32.82 X 853.50 = 28,011.87 and you will still have to hire someone.

Allowing me to hire someone will be 600 a week. Which option do you prefer?

Make a choice. And before you tell me I am an independent contractor and don't qualify for overtime, the fact that I cannot hire an employee makes me an employee.

You screwed up when you told me we are doing really really bad and you are not happy with the way I distribute work. **I don't have enough people to distribute the amount of work there is here. I end up filling the gaps myself.**

I am really really mad and hurt with you. Lo tuyo es un abuso. If I am no good and you are so unhappy with my work fire me.

I am serious about hiring someone. Give the respect and trust I have earned and stop deflecting. Please.

Good nite

---

**3 attachments**

📄 **may june 2022 timecard .docx**
   19K

📄 **06292022 2WEEKS 22 50 hours OT.docx**
   39K

📄 **EndOfDayTotals june.pdf**
   136K

25

**EXHIBIT L**

**EXHIBIT M**

Invoice (June 29, 2022) – 2 weeks, showing overtime paid at $21.88.

He finally pays me overtime but not at time and a half.

26

EXHIBIT M

**Jeanette Dominguez**

203 SW 24ᵗʰ Road
Miami, FL 33129
Phone 407-492-8089  Fax [fax]

PAY PERIOD ENDING #06/29/2022
DATE: JUNE 29,2022

TO:
Radiologic PI
2975 Coral Way Miami, FL 33145

| DESCRIPTION | AMOUNT |
|---|---|
| Week ending 06/22/2022   875.00  50.75  at $21.88 | 1110.41 |
| Timecard attached | |
| | 1132.29 |
| Week ending 06/29/2022   875.00  51.75  @ $21.88<br>Additional hours not paid | |
| Timecard attached | |
| 22.50 Hours over 40 this pay period<br><br>• my running Hours above 40 is 853.50 $21.88 at time and a half is 32.82 X 853.50 = 28,011.87 | Total:$2242.70 |

27

EXHIBIT M

**EXHIBIT N**

Invoice (July 13, 2022) – 2 weeks, showing $925.00 and overtime paid at $21.88

He gives me a $50.00 dollars raise but continues to pay $21.88 for hours over forty.

I still have to invoice my job duties if I want to get paid. He is still paying me via Zelle. The invoices now have two totals: one for the overtime and one for $925.00. All giving the appearance of an independent contractor.

28

**EXHIBIT N**

TO:
Radiologic PI
2975 Coral Way Miami, FL 33145

| DESCRIPTION | AMOUNT |
|---|---|
| Week ending 07/06/2022   925.00   40 hours<br>Over 40 hours 1.50 @ 21.88 (not paid bc of July 4th ) | 925.00 |
| Week ending 07/13/2022   925.00   40 hours<br>Over 1 hours 8.00@ 21.88 21.88 | 925.00<br>21.88 |
| Note: On 7/27/2022 came in just to send statements and had to stay because Carlos is not here. Worked on Bright authorizations and car accidents. | **Total:$1871.88** |

29

EXHIBIT N

## EXHIBIT O

Pages 31-33 Paychex Paystubs –

Finally added to the payroll system where hours are deleted and the pay is reduced.  No Medicare or FICA withheld or paid

Pages 31-33 Paychex Paystubs –
1.☐Showing reduced rate of $23.00 per hour owes $10.40
2.☐Showing only 52 hrs. at $23.00 and should have been 61.77 hours
3.☐ Deleted 2.5 hours OT and paid $23.00

30

EXHIBIT O



SANCHEZ RADIOLOGY PL
2975 SW Coral Way
Miami FL 33145

7007-6406
ORG1:1 Billing
EE ID: 34          DD

JEANNETTE DOMÍGUEZ
206 SW 24TH RD
MIAMI FL 33129

CITY NATIONAL BANK OF FLORIDA
PAYABLE IF DESIRED AT:
ALL CITY NATIONAL BANK OF FLORIDA BANKS

Paid at $23.00. owes $10.40

**PERSONAL AND CHECK INFORMATION**
Jeannette Domiguez
206 SW 24th Rd
Miami, FL 33129
Contractor ID: 34

Home Department: 1 Billing

Pay Period: 10/17/24 to 10/30/24
Check Date: 11/01/24    Check #: 10430

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 241 | 1840.00 | 4876.46 |
| NET PAY | 1840.00 | 4876.46 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.0000 | 23.00 | 1840.00 | 212.0200 | 4876.46 |
| | Total Hours | 80.0000 | | | 212.0200 | |
| | Total Hrs Worked | 80.0000 | | | | |
| | Gross Earnings | | | 1840.00 | | 4876.46 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1840.00 | 4876.46 |

Payroll by Paychex, Inc.
0002 7007-6406  SANCHEZ RADIOLOGY PL · 2975 SW Coral Way · Miami FL  33145 · (786) 766-3603

EXHIBIT O-1



Paid 52.00 hrs should have been 61.77 hrs and paid 23.00 hr

EXHIBIT O-2



SANCHEZ RADIOLOGY PL
2975 SW Coral Way
Miami FL 33145

7007-6406
ORG1:1 Billing
EE ID: 34        DD

JEANNETTE DOMIGUEZ
206 SW 24TH RD
MIAMI FL 33129

CITY NATIONAL BANK OF FLORIDA
PAYABLE IF DESIRED AT:
ALL CITY NATIONAL BANK OF FLORIDA BANKS

82.50 hrs worked owes 97.15
paid 23.00 hr and deleted 2.5 hours

**PERSONAL AND CHECK INFORMATION**
Jeannette Domiguez
206 SW 24th Rd
Miami, FL 33129
Contractor ID: 34

Home Department: 1 Billing

Pay Period: 09/19/24 to 10/02/24
Check Date: 10/04/24    Check #: 10394

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 241 | 1840.00 | 1840.00 |
| NET PAY | 1840.00 | 1840.00 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 80.0000 | 23.00 | 1840.00 | 80.0000 | 1840.00 |
| | | Total Hours | 80.0000 | | | 86.0000 | |
| | | Total Hrs Worked | 80.0000 | | | | |
| | | Gross Earnings | | | 1840.00 | | 1840.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1840.00 | 1840.00 |

Payroll by Paychex, Inc.
0902 7007-6406  SANCHEZ RADIOLOGY PL • 2975 SW Coral Way • Miami FL  33145 • (786) 766-3603

33

EXHIBIT O-3

**Exhibit P**

Pages 35-36 Florida Department of Revenue – W2 employee eligible for unemployment compensations (Ms. Lafont).

**EXHIBIT P**

General Data    Employer    Claimant    Tasks    Linked Cases

**Employer Information**

| BP Number | 1917749 | SANCHEZ RADIOLOGY PL |
| Employer FEIN | XX-XXX579 | RT Acct. No. | 3736887 |
| Contact Obj | 14037438 Comp Tax: SANCHEZ RADIOLOGY PL | Active - Required to File - Quarterly |

Search For Employer

**Claimant Information**

| Claimant SSN | ▮▮▮▮▮ | Claim Eff Date | 01/16/2026 | BP Number | 7000041881 |
| Last Name | Dominguez | Wages Under SSN | |
| First Name | Jeanette | Reportable To | |
| Middle Name | | Leasing Company | |

**Wage Information**

| Change EE Tit | | Employment Begin Dt. | 01/01/2021 | Out of Base Period | |
| Additional Employers | | Employment End Dt. | 10/17/2025 | |

| | Quarter Ending | Year | Wages Earned | Sales Order # |
|---|---|---|---|---|
| | December 31 | 2024 | 2,829.32 | 7002476392 |
| | March 31 | 2025 | 10,736.16 | 7003026472 |
| | June 30 | 2025 | 10,736.16 | 7007634552 |
| | September 30 | 2025 | 10,736.16 | 7039522023 |
| Lag Quarter | December 31 | 2025 | 2,477.44 | 7025240538 |

0007697300000191044435

EXHIBIT P-2

DOR Notes

02/25/2026      11:58:55      LAFONT

1/24 THRU 3/24=2,829.31 (EACH)     4/24=2829.32

1/25 THRU 3/25=10,736.18 (EACH)     4/25=2,477.44

_____

DOR Notes

02/25/2026      11:57:23      LAFONT

DETERMINATION:  CLAIMANT COVERED 01/01/24 THRU 10/17/25 / BP LIABLE

I HAVE NOT RECEIVED THE RTS-8/6061 FROM THE EMPLOYER, SO I AM MAKING A
DETERMINATION BASED ON THE CLAIMANT'S 6061 ONLY.  PER REASONS LISTED IN PRIOR
COMMENT, I AM DETERMINING THE CLAIMANT TO BE AN EMPLOYEE FROM 01/01/24
THRU 10/17/25. THE OTHER PROOF OF EARNINGS WERE FOR ONE OF THE EMPLOYER'S
OTHER COMPANIES. I AM GRANTING WAGES FOR 01/01/24 THRU 10/17/25 AND
SENDING A DETERMINATION LETTER.

_____

DOR Notes

02/25/2026      11:54:08      LAFONT

THE CLAIMANT SENT ME A SECOND E-MAIL WITH A COPY OF A MONETARY
DETERMINATION FROM FL COMMERCE.  IT HAS TWO OF HIS FOUR COMPANIES LISTED
ON IT.  SHE BELIEVES THAT THE OTHER COMPANIES SHOULD BE INVESTIGATED ALSO.

_____

DOR Notes

02/25/2026      11:07:45      LAFONT

36

EXHIBIT P-

**EXHIBIT Q**

**IRS Tax Documentation (2023 and 2024) – underreported income/ amended taxes.**

1. Page 38 Form 8919 2024 $60, 499.00
2. Page 39-40 2024 Wage and Income Transcript from the IRS underreported by $39,041.75
3. Page 40 Gmail offering my help to Dr. Sanchez or management to fix his reporting to the IRS.
4. Page 41 Gmail asking Dr. Sanchez for W2 for 2021 thru 2024. He gave me 1099 for 2025 anyway. I told him it would be better if he reported the "error" to the IRS instead of getting audited because of the SS-8 and amended taxes.
5. Page 42 Wage and Income Transcript IRS 2023 for $3000.00 underreported by **$63,626.00**
6. Page 43 Form 8919 2023 $66,626.00

Dr. Sanchez will have to pay Medicare and FICA that he did not pay. The IRS has confirmed receipt of the SS-8. My misclassification was about taxes?

37

**EXHIBIT Q**

# Form 8919

**Uncollected Social Security and Medicare Tax on Wages**

Attach to Form 1040, 1040-SR, 1040-NR, or 1040-SS.
Go to www.irs.gov/Form8919 for the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

**2024**

Attachment
Sequence No. 61

Name of person who must file this form. If married, complete a separate Form 8919 for each spouse who must file this form.

JEANETTE DOMINGUEZ

Social security number

XXX-XX-7925

**Who must file.** You must file Form 8919 if all of the following apply.
- You performed services for a firm.
- You believe your pay from the firm wasn't for services as an independent contractor.
- The firm didn't withhold your share of social security and Medicare taxes from your pay.
- One of the reasons listed below under *Reason codes* applies to you.

**Reason codes.** For each firm listed below, enter in column (c) the applicable reason code for filing this form. If none of the reason codes apply to you, but you believe you should have been treated as an employee, enter reason code G and file Form SS-8 on or before the date you file your tax return.

**A** I filed Form SS-8 and received a determination letter stating that I am an employee of this firm.

**C** I received other correspondence from the IRS stating that I am an employee.

**G** I filed Form SS-8 with the IRS and haven't received a reply.

**H** I received a Form W-2 and a Form 1099-MISC and/or 1099-NEC from this firm for 2024. The amount on Form 1099-MISC and/or 1099-NEC should have been included as wages on Form W-2. (Don't file Form SS-8 if you select reason code H.)

| (a) Name of firm | (b) Firm's federal identification number (see instructions) | (c) Enter reason code from above. | (d) Date of IRS determination or correspondence (MM/DD/YYYY) (see instructions) | (e) Check if Form 1099-MISC and/or 1099-NEC was received. | (f) Total wages received with no social security or Medicare tax withholding and not reported on Form W-2 |
|---|---|---|---|---|---|
| **1** RADIOLOGIC PL | XX-XXX5679 | G | 12/31/2024 | ☒ | 2724 |
| **2** CARLOS G SANCHEZ | XX-XXX1017 | G | 12/31/2024 | ☒ | 43558 |
| **3** SANCHEZ RADIOLOGY | XX-XXX5791 | G | 12/31/2024 | ☒ | 11317 |
| **4** CARLOS SANCHEZ | XXX-XX-6672 | G | 12/31/2024 | ☐ | 2900 |
| **5** | | | | ☐ | |

| | | | | |
|---|---|---|---|---|
| **6** | Total wages. Combine lines 1 through 5 in column (f). Enter here and on Form 1040, 1040-SR, or 1040-NR, line 1g | | **6** | 60499 |
| **7** | Maximum amount of wages subject to social security tax | **7** $168,600 | | |
| **8** | Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2), railroad retirement (RRTA) compensation (subject to the 6.2% rate), and unreported tips subject to social security tax from Form 4137, line 10. See instructions | **8** | | |
| **9** | Subtract line 8 from line 7. If line 8 is more than line 7, enter -0- here and on line 10 | | **9** | 168600 |
| **10** | Wages subject to social security tax. Enter the smaller of line 6 or line 9 | | **10** | 60499 |
| **11** | Multiply line 10 by 0.062 (social security tax rate) | | **11** | 3751 |
| **12** | Multiply line 6 by 0.0145 (Medicare tax rate) | | **12** | 877 |
| **13** | Add lines 11 and 12. Enter here. Include as tax on your annual tax return (Schedule 2 (Form 1040), line 6, or Form 1040-SS, Part I, line 6). See the instructions there | | **13** | 4628 |

For Paperwork Reduction Act Notice, see your tax return instructions.

QNA

Form **8919** (2024)

38

**EXHIBIT Q-1**


**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-20-2025
Response Date: 08-20-2025
Tracking Number: 108640022376

Wage and Income Transcript

SSN Provided:   XXX-XX-7925
Tax Period Requested:   December, 2024

Form 1099-NEC Nonemployee Compensation

Issuer/Provider:
 Issuer's/Provider's Federal ID No.:XXXXX5791
 SANC
 2975 S

Recipient:
 Recipient's ID No.:XXX-XX-7925
 JEAN DOMI
 208 SW

Submission Type:.................................................Original document
Second Notice Indicator:.............................................No Second Notice
Federal Income Tax Withheld:.................................................$0.00
Non-Employee Compensation:.............................................$11,317.00
Direct Sales Indicator:.............................................No direct sales

Form 1099-NEC Nonemployee Compensation

Issuer/Provider:
 Issuer's/Provider's Federal ID No.:XXXXX5679
 RADI
 3100 D

Recipient:
 Recipient's ID No.:XXX-XX-7925
 DOMI JEAN
 2080 S

Submission Type:.................................................Original document
Second Notice Indicator:.............................................No Second Notice
Federal Income Tax Withheld:.................................................$0.00
Non-Employee Compensation:.............................................$2,724.00
Direct Sales Indicator:.............................................No direct sales

Form 1099-NEC Nonemployee Compensation

39

**EXHIBIT Q-2**

```
Issuer/Provider:
 Issuer's/Provider's Federal ID No.:XXXXX1017
 CARL
 2975 C

Recipient:
 Recipient's ID No.:XXX-XX-7925
 DOMI JEAN
 2080 S

Submission Type:..............................................Original document
Second Notice Indicator:.......................................No Second Notice
Federal Income Tax Withheld:...........................................$0.00
Non-Employee Compensation:..........................................$7,416.00
Direct Sales Indicator:...........................................No direct sales
```

This Product Contains Sensitive Taxpayer Data

## M Gmail

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

---

### I can help
1 message

---

**Total Quality Medical Management** <totalqualitymedicalmanagment@gmail.com>          Sat, Jan 3, 2026 at 4:47 AM

To: Carlos Sanchez <csanchezmd.cs@gmail.com>, Rene Maresma <renejav@yahoo.com>, Manager <manager@precisionhealthcenters.com>

One more thing. If you need help with the IRS reporting I have every invoice, pay stubs and timesheets and the bank deposits already on a spreadsheet.

I am offering you help Dr. because your reporting needs to match what I am reporting to the IRS. You will be pounced on and audited by the IRS if you do not get this right. I hope you realize that I am offering you this help when I don't have to.

After all you have done to me, I still care what happens to you. Your accountant or lawyer can reach out to me if you want. I truly hope you grasp and understand what I am saying.

I have a feeling your record keeping sucks and I could save you allot of time.

Sincerely

Jeanette

EXHIBIT Q-2

**M** Gmail

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>

## W2
1 message

Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>
To: Carlos Sanchez <csanchezmd.cs@gmail.com>

Thu, Jan 15, 2026 at 8:24 AM

Dear Doctor:

Dear Dr. Sanchez:

Since December I asked you for W2 for 2021-2024 and I reminded you that you could not give me a 1099 for 2025. I also gave you the opportunity to correct this mess with the IRS. I thought if you did it on your own it would be better for you as far as the IRS goes. You chose not to do so. It has taken me weeks to get all the information and compile it.

1. For 2024 My records indicate I "invoiced" you for $ 55,393.57. In addition, I have approximately 432,50 overtime you never paid.

2. For 2023 My records indicate $66904.06. I have 883.50 hours of overtime you did not pay.

3. For 2022 My records indicate $56,258.00.  I have have 550 hours of overtime you never paid.

4. For 2021 my records indicate $47,250.00. I have 533 hours of overtime you never paid.

5. For 2025 you are once again reporting a 1099 from Sanchez Radiology for $34,685.98

I need W2s for these amounts. Attached is a spreadsheet you can check for accuracy.

I am very sorry it has come to this. I should have stopped you 5 years ago. Now I have to amend my taxes. Es que tu no le haces caso a uno. I hope that all is well with you but I know that Amanda quit and you are actually trying to bill yourself using AI. Doctor que te esta pasando? Doctor your efforts to save money on payroll is costing you money. You know no one is working on patient collections by the way. The time it will take to train a new person is going to affect your billing. You should have not lost Amanda. You left her without work during the holidays? Eso esta mal.  Como Rene dejo que tu hicieras eso? If I had been there I would have advised you otherwise.

Un abrazo a Gina y Carlito.

Jeanette

📄 Invoice totals 2021-2024.pdf
417K

41

EXHIBIT Q-4

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-20-2025
Response Date: 08-20-2025
Tracking Number: 108640025221

Wage and Income Transcript

SSN Provided:  XXX-XX-7925
Tax Period Requested:  December, 2023

Form 1099-NEC Nonemployee Compensation

Issuer/Provider:
 Issuer's/Provider's Federal ID No.:XXXXX5791
 SANC
 2975 C

Recipient:
 Recipient's ID No.:XXX-XX-7925
 DOMI JEAN
 208SW

Submission Type:.............................................Original document
Second Notice Indicator:......................................No Second Notice
Federal Income Tax Withheld:...............................................$0.00
Non-Employee Compensation:............................................$3,000.00
Direct Sales Indicator:......................................No direct sales

This Product Contains Sensitive Taxpayer Data

42

EXHIBIT Q-5

Exhibit Q Form 8919 2023

## Form 8919 — Uncollected Social Security and Medicare Tax on Wages

| Form **8919** | **Uncollected Social Security and Medicare Tax on Wages**<br>Attach to your tax return.<br>Go to *www.irs.gov/Form8919* for the latest information. | OMB No. 1545-0074<br>**2023**<br>Attachment<br>Sequence No. **61** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | |

Name of person who must file this form. If married, complete a separate Form 8919 for each spouse who must file this form. | Social security number

**JEANETTE DOMINGUEZ** | XXX-XX-7925

**Who must file.** You must file Form 8919 if all of the following apply.
- You performed services for a firm.
- You believe your pay from the firm wasn't for services as an independent contractor.
- The firm didn't withhold your share of social security and Medicare taxes from your pay.
- One of the reasons listed below under *Reason codes* applies to you.

**Reason codes.** For each firm listed below, enter in column (c) the applicable reason code for filing this form. If none of the reason codes apply to you, but you believe you should have been treated as an employee, enter reason code G and file **Form SS-8 on or before the date you file your tax return.**

**A** I filed Form SS-8 and received a determination letter stating that I am an employee of this firm.

**C** I received other correspondence from the IRS stating that I am an employee.

**G** I filed Form SS-8 with the IRS and haven't received a reply.

**H** I received a Form W-2 and a Form 1099-MISC and/or 1099-NEC from this firm for 2023. The amount on Form 1099-MISC and/or 1099-NEC should have been included as wages on Form W-2. **(Don't file Form SS-8 if you select reason code H.)**

| (a) Name of firm | (b) Firm's federal identification number (see instructions) | (c) Enter reason code from above. | (d) Date of IRS determination or correspondence (MM/DD/YYYY) (see instructions) | (e) Check if Form 1099-MISC and/or 1099-NEC was received. | (f) Total wages received with no social security or Medicare tax withholding and not reported on Form W-2 |
|---|---|---|---|---|---|
| **1** RADIOLOGIC PL | XX-XXX5679 | G | | ☑ | 4706.88 |
| **2** CARLOS SANCHEZ MDPA | XX-XXX1017 | g | | ☐ | 58919.08 |
| **3** SANCHEZ RADIOLOGY | XX-XXX5791 | G | | ☐ | 3000 |
| **4** | | | | ☐ | |
| **5** | | | | ☐ | |

| | | | |
|---|---|---|---|
| **6** | Total wages. Combine lines 1 through 5 in column (f). Enter here and on Form 1040, 1040-SR, or 1040-NR, line 1g | **6** | 66626 |
| **7** | Maximum amount of wages subject to social security tax | **7** 160,200 | |
| **8** | Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2), railroad retirement (RRTA) compensation (subject to the 6.2% rate), and unreported tips subject to social security tax from Form 4137, line 10. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If line 8 is more than line 7, enter -0- here and on line 10 | **9** | 160200 |
| **10** | Wages subject to social security tax. Enter the smaller of line 6 or line 9 | **10** | 66626 |
| **11** | Multiply line 10 by 0.062 (social security tax rate) | **11** | 4131 |
| **12** | Multiply line 6 by 0.0145 (Medicare tax rate) | **12** | 966 |
| **13** | Add lines 11 and 12. Enter here. Include as tax on your annual tax return (Schedule 2 (Form 1040), line 6; Form 1040-SS, Part I, line 6; or Form 1040-SS (sp), Part I, line 6). See the instructions there | **13** | 5097 |

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 37730D     Form **8919** (2023)

43

EXHIBIT Q-6

**Exhibit R**

**Department of Labor (WHD) Complaint 5093262**

Letter stating: Although your complaint meets the requirements of a valid complaint, the WHD is not taking further action on your case. June 27, 2025 the Wage and Hour Division (WHD) issued Field Assistance Bulletin (FAB) 2025-3, directing investigators to no longer demand or negotiate these damages in administrative settlements. Page 45

EXHIBIT R

Jeanette Dominguez
208 SW 23RD Road Miami, FL 33129
Phone: 407-492-8089 | Email: imacbilling130@gmail.com

January 8, 2026

**VIA U.S. MAIL AND/OR ONLINE SUBMISSION**

U.S. Department of Labor Wage and Hour Division
Attention: Chezere Williams, Wage and Hour Technician ((williams.chezere.d@dol.gov) and investigators

**RE: Case# 5093262 Wage Complaint Against Dr. Carlos Sanchez / Sanchez Radiology, et al.**

Dear Mr. Williams,

You help so many people that you many not remember we spoke on January 6, 2026 at length. It was a pleasure speaking with you. Maybe it will help if I told you we spoke about your 8 lanes in Atlanta and I tried to make fun of that.

Mr. Williams, it is urgent that the employer get some kind of letter or notification advising him of an investigation *and that retaliation would be illegal.* So, I want to help with the investigation and provide some key information so you can forward to the investigator, from whom I have not heard.

Please accept this letter and the attached documentation as a formal complaint imitated on December 30th, 2025 via email, (see attached) regarding violations of the Fair Labor Standards Act (FLSA), specifically the misclassification as an independent contractor and the subsequent denial of overtime wages for work performed between 2021 and 2025.

**Employer Information**

The employing entities operate as a single enterprise under Dr. Carlos Sanchez:

- **Sanchez Radiology - Precision Healthcenters** EIN XX-XXX5791

- **Radiologic PL** EIN XX-XXX5679

- **Carlos Sanchez, MDPA** EIN XX-XXX1017

**Summary of Complaint**

I was employed full-time by the firm from 2021 until my termination on October 17, 2025. My role involved core operational duties as an Office Manager/Accounts Receivable Manager.

Despite performing duties integral to the business operations and being subject to the employer's extensive control (detailed on IRS Form SS-8), the employer misclassified me as a 1099 independent contractor. As we speak, now and back then, the people performing the same duties I did are all W2 employees.

This misclassification led to two primary violations:

1. **Denial of Overtime Pay:** The employer paid me a flat weekly rate and later an hourly wage but refused to pay the legally mandated overtime premium (time and a half) for hours worked over 40 per week.

1. *Example Overtime Hours:* 533 hours of overtime in 2021; 549 hours in 2022; 833 hours in 2023; and 432 hours in 2024.

2. **Failure to Maintain Accurate Records & Misclassification:** The employer failed to properly classify me as an employee and did not maintain appropriate wage and hour records. He also underreported my earnings, intentionally and willfully to the IRS

45

**EXHIBIT R**

## Documentation

Below and attached, I have supporting documents including job duties, timesheets, emails demanding proper classification and overtime pay, pay records (Zelle transfers, invoices), and performance memos that demonstrate my employee status and the hours I worked.

I am requesting an investigation into these practices and assistance in recovering the unpaid overtime wages I am owed for 2023 and 2024. (I think there a timely filing issues with regard to 2022 and 2021. In addition, most importantly, I am positive the intentional, willful misclassification violates Federal and State laws, and there should be penalties. How else do you stop employers from tax evasion and the abuse of employees?

Sincerely,


Jeanette Dominguez

## Overview

I started working for Dr. Sanchez FROM VIRGINIA, as an Independent Contractor, just on patient accounts. I invoiced him for $600.00 a week. Then I moved to Miami where he hired me full time to work on billing and collections in his medical practices. Of course, everything changed, but the doctor still wanted invoices from me and instead of putting me into the ADP system to clock in an out, he kept close control of my hours with time sheets. He paid me with Zelle so I have no paystubs prior to pay period ending 09/18/2024. That is when he finally entered me into the Paychex system. So I have pay stubs after that and of note: he did not deduct Medicare or FICA.

1. For 2024 My records indicate earnings of $ 55,393.57, but only $21,457.00 was reported to the IRS. In addition, I have approximately 432.50 overtime that he never paid.

2. For 2023 My records indicate earnings of $66904.06 , but only $3,000 was reported to the IRS. In addition, I have 883.50 hours of overtime that he will have to pay because this was not an error on his part. It was intentional. (Attached is the IRS reporting).

3. For 2022 He reported 50,517.00 and paid no FICA. In addition, I have have 550 hours of overtime that he probably will never have to pay.

4. For 2021: He reported 45,500.00. My records indicate about the same. In addition, I have have 533 hours of overtime that he will probably never have to pay.

5. For 2025: I will need a Form W-2 reflecting my actual earnings of $33,229.34. As an employer, he are responsible for the 7.65% FICA share (Social Security and Medicare) and state unemployment taxes. I fear he will be giving me another 1099.

My Job Duties (integral to the business operations and being subject to the employer's extensive control). At the end of the list of duties is a list of employees with numbers. I have put those numbers in parenthesis after each job duty. They are all W2 employees doing the work I did with the exception of Desiree Borges, my daughter, who is also misclassified. Desiree is #8.

1. Managed the entire revenue cycle, from the initial encounter of the patient all the way to billing and collecting from insurance companies and patients in the billing and collections department. (1)
2. Supervised approx 2,700,685.46 million in monthly charges entered, reviewed, approved, transmitted. (1)
3. Address rejections, exclusions, and errors in billing. (1,2,5,6,7,8)
4. Denial Tracker(1,2,5,6,7,8)
5. Billed patients who are self pay. Approx. 5,000 accounts. (1)
6. Take phone calls from attorneys. (1,2,3,5,6)
7. Take phone calls from adjusters. (1,2,5,6)
8. Take phone calls from patients. (Everyone except Desiree)

46

EXHIBIT R CONT

**Exhibit S**

Evidence and Examples of Control: Video/Audio surveillance logs, texts, and audit reports.

Extreme Control

1. Page 48 Audit history reports that monitor our every move in the software. They can be hundreds of pages long. I am just attaching an example. The user is SVEGA. Her report is 4 pages for November 23. 2023.

2. Page 49 Audit history. User is Jeanette. 45 pages long for July 8,2025. Done from home.

3. Page 50 Usage Log: user is Jeanette. Date July 8, 2025. IP address is 99.159.59.13. That is my home. I never got paid for that

4. Page 50 Usage Log: user is jeanette. The IP address is the office.

5. Page 50 Screenshot of a memo telling us to "color code" denials. Denials are already labeled with a date and by the type of denial. This is micro managing.

6. Page 51-52 SURVEILLANCE Text message telling me to go to the front desk because no one is answering phones. I responded telling him where Liena was. He responded "Sorry but that is BS. I have been looking at the cameras. That's now". He said he can hear the phone ringing. The other text message is his app on his phone sending me real time surveillance of the front desk. Dr. Sanchez knew AT ALL TIMES when I was working and what I was doing.

7. Pages 53-58 There are a series of texts. When you read them you will know I was not an independent contractor. He tells me when to bill, who to watch, what to do, what he needs no matter the time and how many hours.

8. Page 59 Email FINALLY acknowledges I am NOT an independent contractor

EXHIBIT S

# Audit History by User

RADIOLOGIC PL/PRECISION HEALTH CENTER

Date Range: 11/27/2023 to 11/27/2023
User: SVEGA

**Date**

| Location | | Item | | |
|---|---|---|---|---|
| Time | Field | New Value | | Old Value |

**11/27/2023**

| | | | |
|---|---|---|---|
| **PaymentDetails** | | **Item: 5765516** | |
| 04:36:44 | LastActionHistory | 62341 | |
| **PaymentDetails** | | **Item: 5801823** | |
| 04:36:24 | LastActionHistory | 62340 | |
| 04:32:13 | Payment Reason | CO261=$0.00/0.00 units | Added |
| **ExtraInsuranceInformation** | | **Item: 880009** | |
| 04:34:12 | OriginalRefNum | XXXXXXXXXXXXXX | |
| **ChargeDetail** | | **Patient Name:** XXXXXXXXX | |
| 04:34:12 | InsuranceBilled | 0 | 1 |
| 04:34:12 | LastBilledCarrierSequenceNumber | 0 | 1 |
| 04:33:25 | PlaceOfService | OUTPATIENT HOSPITAL - ON CAMPUS | EMERGENCY ROOM - HOSPITAL |
| **ExtraInsuranceInformation** | | **Item: 891182** | |
| 04:31:17 | OriginalRefNum | XXXXXXXXXXXXX | |
| **ChargeDetail** | | **Patient Name** XXXXXXXXXXXXXXXX | |
| 04:31:17 | InsuranceBilled | 0 | 1 |
| 04:31:17 | LastBilledCarrierSequenceNumber | 0 | 1 |
| 04:30:56 | PlaceOfService | OUTPATIENT HOSPITAL - ON CAMPUS | EMERGENCY ROOM - HOSPITAL |
| **PaymentDetails** | | **Item: 5802213** | |
| 04:29:42 | LastActionHistory | 62339 | |
| 04:27:20 | Payment Reason | CO261=$0.00/0.00 units | Added |
| **ExtraInsuranceInformation** | | **Item: 894426** | |
| 04:28:11 | OriginalRefNum | | |
| **ChargeDetail** | | **Patient Name** XXXXXXXXXXXXXXX | |
| 04:28:11 | InsuranceBilled | 0 | 1 |
| 04:28:11 | LastBilledCarrierSequenceNumber | 0 | 1 |
| 04:27:51 | PlaceOfService | OUTPATIENT HOSPITAL - ON CAMPUS | EMERGENCY ROOM - HOSPITAL |
| **Payments** | | **Patient Name** XXXXXXXXXXXXX | |
| 04:27:30 | Note | | |
| **InsuranceCoverages** | | **Patient Name** | |
| 04:21:41 | BenefitInfoChangedAt | Nov 27 2023 1:21PM | |
| **ExtraInsuranceInformation** | | **Item: 894816** | |
| 04:15:50 | HospitalEntryDate | Oct 19 2023 12:00AM | |
| 04:10:13 | OriginalRefNum | 2937773805 | |
| **ExtraInsuranceInformation** | | **Item: 894817** | |
| 04:15:17 | HospitalEntryDate | Oct 19 2023 12:00AM | |
| 04:10:36 | OriginalRefNum | 2937774180 | |
| **ExtraInsuranceInformation** | | **Item: 894823** | |
| 04:14:50 | OriginalRefNum | 2937772264 | |

Generated 11/27/2023 11:27:17 PM        Powered by *AdvancedMD*        Page 1 of 4

48

EXHIBIT S-1

# Audit History by User

RADIOLOGIC PL/PRECISION HEALTH CENTER

| Date | | | |
|------|------|-----------|-----------|
| Location | | Item | |
| Time | Field | New Value | Old Value |
| **07/08/2025** | | | |
| **ChargeDetail** | | Patient Name ███████████ | |
| 04:22:17 | PatBalance | 0.00 | 0.65 |
| **BatchInformation** | | Item: 30694 | |
| 04:15:29 | ReceiveDate | Jul 8 2025 12:00AM | Jul 8 2025 1:15PM |
| **BatchInformation** | | Item: 30693 | |
| 04:15:28 | Status | O | A |
| 04:15:21 | ReceiveDate | Jul 8 2025 12:00AM | Jul 8 2025 1:15PM |
| **PatientInfo** | | Patient Name ███████████ | |
| 03:35:01 | Ethnicity | /////////// | Unknown |
| 03:35:01 | Gender | F | |
| 03:35:01 | PhoneType | O | |
| 03:35:01 | PreferredCommunication | Other Phone | |
| **ResponsibleParties** | | Responsible Party ██████████ | |
| 03:35:01 | Gender | F | |
| 03:35:01 | PhoneType | O | |
| 03:35:01 | PreferredCommunication | Other Phone | |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| **ChargeDetail** | | Patient Name ███████████ | |
| 03:27:37 | DayClosed | 1 | 0 |
| 01:06:06 | DiagnosisCodesICD10 | E23.0;820 | 820;E23.0 |

Generated 7/9/2025 12:55:50 PM    *Powered by* AdvancedMD    Page 1 of 45

49

EXHIBIT S-2

## Usage Log

RADIOLOGIC PL/PRECISION HEALTH CENTER

By Login Date, User: JEANETTE
Date ranges 07/08/2025 to 07/08/2025

| User | IP Address | Login Date | Last Action Date | Logout Date | Duration |
|---|---|---|---|---|---|
| JEANETTE | 99.159.59.13 | 07/08/2025 10:38:13.367 AM | 07/08/2025 12:52:28.140 PM | 07/08/2025 12:52:28.343 PM | 2h 14m |
| JEANETTE | 99.159.59.13 | 07/08/2025 01:02:07.640 PM | 07/09/2025 05:33:07.950 AM | 07/09/2025 05:33:08.147 AM | 16h 31m |
| | | | | **Duration Total:** | **18h 45m** |
| | | | | **Grand Total:** | **18h 45m** |

## Usage Log

RADIOLOGIC PL/PRECISION HEALTH CENTER

By Login Date, User: JEANETTE
Date ranges 05/02/2024 to 05/23/2024

| User | IP Address | Login Date | Last Action Date | Logout Date | Duration |
|---|---|---|---|---|---|
| JEANETTE | 75.147.215.254 | 05/02/2024 07:01:26.623 AM | 05/02/2024 07:01:26.623 AM | 05/02/2024 08:01:39.273 AM | 1h 0m |
| JEANETTE | 75.147.215.254 | 05/02/2024 08:38:26.860 AM | 05/02/2024 09:22:56.280 AM | 05/02/2024 10:23:39.847 AM | 1h 45m |
| JEANETTE | 75.147.215.254 | 05/02/2024 10:30:54.697 AM | 05/02/2024 10:30:54.697 AM | 05/02/2024 11:31:39.883 AM | 1h 1m |
| JEANETTE | 75.147.215.254 | 05/02/2024 11:57:57.633 AM | 05/02/2024 05:32:33.417 PM | 05/02/2024 05:32:33.417 PM | 5h 35m |
| | | | | **Duration Total:** | **9h 21m** |
| JEANETTE | 75.147.215.254 | 05/06/2024 09:05:13.723 AM | 05/06/2024 09:05:13.723 AM | 05/06/2024 10:05:26.330 AM | 1h 0m |
| JEANETTE | 75.147.215.254 | 05/06/2024 10:21:41.170 AM | 05/06/2024 10:34:29.477 AM | 05/06/2024 11:46:36.447 AM | 1h 25m |
| JEANETTE | 75.147.215.254 | 05/06/2024 12:03:46.107 PM | 05/06/2024 12:03:46.107 PM | 05/06/2024 01:03:58.533 PM | 1h 0m |
| JEANETTE | 75.147.215.254 | 05/06/2024 01:05:23.903 PM | 05/06/2024 01:05:23.903 PM | 05/06/2024 02:05:35.030 PM | 1h 0m |
| JEANETTE | 75.147.215.254 | 05/06/2024 03:01:01.680 PM | 05/06/2024 03:01:01.680 PM | 05/06/2024 04:01:35.360 PM | 1h 0m |
| JEANETTE | 75.147.215.254 | 05/06/2024 04:34:14.340 PM | 05/06/2024 04:38:00.363 PM | 05/06/2024 06:15:34.880 PM | 1h 41m |
| JEANETTE | 75.147.215.254 | 05/06/2024 06:24:09.843 PM | 05/06/2024 06:30:18.730 PM | 05/06/2024 07:30:36.423 PM | 1h 6m |
| JEANETTE | 75.147.215.254 | 05/06/2024 07:30:39.070 PM | 05/06/2024 09:30:19.887 PM | 05/06/2024 10:30:34.800 PM | 3h 0m |
| | | | | **Duration Total:** | **11h 12m** |
| JEANETTE | 75.147.215.254 | 05/07/2024 06:49:17.727 AM | 05/07/2024 08:32:44.913 AM | 05/07/2024 09:34:59.973 AM | 2h 45m |
| JEANETTE | 75.147.215.254 | 05/07/2024 02:48:06.827 PM | 05/08/2024 06:44:43.490 AM | 05/08/2024 06:44:27.470 AM | 15h 56m |
| | | | | **Duration Total:** | **18h 41m** |

## WANTS TO COLOR CODE DENIALS WITHIN THE SOFTWARE THAT ARE ALREADY LABELED

8. **Tracker (Must Update)**

Log every denial in the Denial Tracker: Date, payer, reason, owner, age, status, next step.

Use codes for reason: ELIG (eligibility), AUTH, COB, COD (coding), MR (medical records). *I already do that too. And I put in extensive notes.*

*An appeal can be found INSIDE THE CHART unlike people working in the second key.*

Color codes:

Green = <10 days

Yellow = 10–20 days

Red = >20 days

**Please explain the color coded thing. The claims are already labeled. Does anyone here know how to color code a denial?**

EXHIBIT S-3,4,5



Dr. Sanchez can see and hear the phones ringing and wants me to go to Sanchez Radiology and check the front desk

51

EXHIBIT S-6



**THIS IS AN APP ON HIS PHONE. IT HAS AUDIO. THAT IS THE FRONT DESK**

Real time audio and video of the front desk. I see two people at a computer.  04/30/2021

52

EXHIBIT S-6 CONTINUED



There are hundreds of texts telling me what and when to do something. I monitor charges (billers) regardless to send claims.

53

EXHIBIT S-7



Dr. asking me to train someone else again. I complain about the hours I have worked and now I have to wait for him to bring a check for Tasha. The workload makes my hours.

54

EXHIBIT S-7 CONT



Asking for a list of network providers for Sanchez Radiology. There is a manager there. So people in the billing and collections dept. were used. He controls the work.

55

EXHIBIT S-7 CONT



**Dr. says I should send claims every night. 05/14/2021 Control.**

56

EXHIBIT S-7 CONT



Asking for an AR report for Sanchez Radiology. There is a manager there. More work means more hours. 05/28/2021

Exhibit S-7 continued



Milly an ex-employee we lost, is coming to help out after she leaves her other job. I have to be in office when she comes. Which means I am working that nite. "I'm serious I'm not working more then 8 hours any more". Ralf is our lawyer

58

Exhibit S-7 continued

*Email 4*

**Carlos Sanchez** <csanchezmd.cs@gmail.com>                    Tue, Aug 26, 2025 at 3:04 AM
To: Total Quality Medical Management <totalqualitymedicalmanagment@gmail.com>, Rene Maresma
<renejav@yahoo.com>, Emmanuel Sanchez <sanc071870@yahoo.com>, Manager
<Manager@precisionhealthcenters.com>

We have new rules in place and they apply to everyone — no exceptions. Attendance must be approved in advance, and remote work without approval is not acceptable. You are not an independent contractor; you are expected to follow the employee schedule and established processes.                    *Paystubs attached 14 FICA*

If you have concerns about your role or compensation, we can discuss them directly, but unilateral changes will not be accepted.

Dr. Carlos G. Sanchez

On Tue, Aug 26, 2025 at 2:54 AM Total Quality Medical Management
<totalqualitymedicalmanagment@gmail.com> wrote:
  99.159.59.13

That is my IP address from home. You can monitor that on AdvancedMD. Everyone was aware I was not coming in Monday. Everyone is aware I am not working 40 hours too.

**EMAIL HE FINALLY ACKNOWLDEDGES I AM AN EMPLOYEE. I GET PAYSTUB BUT HE DOESN'T PAY MEDICARE OR FICA**

59                              **EXHIBIT S- 8**

**EXHIBIT T**

Summary Spreadsheet: Calculation of Unpaid Wages and Damages; Bank Deposits.

1. Pages 61 and 62 Spreadsheet Calculation
2. Page 63 and 64 Sample Bank Deposits Via Zelle Shadow Payroll  (I have the past five years)

EXHIBIT T

| pay period ending | total hours | paid | reg 23.13 hr | 1ST WEEK | 2ND WEEK | OT paid 21.88 | owes | owes other |
|---|---|---|---|---|---|---|---|---|
| 1/11/2023 | 107.5 | 2457.17 | 80 | 2.25 | 25.5 | 27.75 | 355.76 | |
| 1/25/2023 | 110 | 2506.4 | 80 | 14.25 | 15.75 | 30 | 384.6 | |
| 2/8/2023 | 115.25 | 2621.27 | 80 | 14.25 | 21 | 35.25 | 451.91 | |
| 2/22/2023 | 126.5 | 2889.3 | 80 | 18.5 | 28 | 46.5 | 596.13 | |
| 3/8/2023 not paid in full till 4/11/23 | 122 | 2768.96 | 80 | 26 | 16 | 42 | 538.44 | |
| 3/22/2023 not paid till 4/11/23 | 109.25 | 2489.65 | 80 | 9.25 | 20 | 29.25 | 374.98 | |
| 4/5/2023 | 109.5 | 2714.26 | 80 | 11.5 | 18 | 29.5 | 378.19 | |
| 4/19/2023 | 129.5 | 2703.32 | 80 | 21.5 | 28 | 49.5 | 634.59 | |
| 5/2/2023 | 109 | 2484.52 | 80 | 19 | 10 | 29 | 371.78 | |
| 5/16/2023 | 119 | 2621.27 | 80 | 36 | 3 | 39 | 499.98 | |
| 05/262023 | 96.5 | 2211.02 | 80 | 0 | 16.5 | 16.5 | 211.53 | |
| 6/14/2023 combined | 99.5 | 2741.06 | 80 | 19.5 | 0 | 19.5 | 249.99 | |
| 6/14/2023 | 32.5 | | | | | 0 | | |
| 6/28/2023 | 100.5 | 2298.54 | 80 | 3.5 | 17 | 20.5 | 262.81 | |
| 7/12/2023 | 108 | 2681.44 | 80 | 13 | 15 | 28 | 358.96 | |
| 7/26/2023 | 128 | 2900.24 | 80 | 21 | 27 | 48 | 615.36 | |
| 8/9/2023 | 114 | 2593.92 | 80 | 20 | 14 | 34 | 435.88 | |
| 8/23/2023 | 85.25 | 2670.5 | 80 | 10.5 | 27 | 37.5 | 480.75 | |
| 9/6/2023 | 101.25 | 2401.95 | 80 | 5.75 | 15.5 | 21.25 | 272.43 | |
| 9/20/2023 | 116 | 2401.96 | 80 | 14.25 | 21.75 | 36 | 461.52 | |
| 10/4/2023 | 118.5 | 2758.38 | 80 | 14 | 24.5 | 38.5 | 493.57 | |
| 10/18/2023 | 120 | 2725.2 | 80 | 17.5 | 22.5 | 40 | 512.8 | |
| 11/1/2023 | 107.00 | 2440.76 | 80 | | 27 | 27 | 346.14 | |
| 11/15/2023 | 121.25 | 2752.55 | 80 | 23 | 18.25 | 41.25 | 528.83 | |
| 11/29/2023 | 127.75 | 1969.77 | 80 | 19.25 | 28.5 | 47.75 | 612.16 | |
| 12/13/2023 | 108.25 | 2457.17 | 80 | 12.75 | 15.5 | 28.25 | 362.17 | |
| 12/272023 | 121.5 | 2539.22 | 80 | 26 | 15.5 | 41.5 | 523.03 | |
| | | 66799.8 | | 392.5 | 490.75 | 883.25 | 11323.27 | 2023 total |
| | | | | | | | | |
| 1/10/2024 | 134 | 3031.52 | 80 | 31.5 | 22.5 | 54 | 692.28 | |
| 1/24/2024 | 111 | 2528.28 | 80 | 8.5 | 22.5 | 31 | 397.42 | |
| 1/25-2/7/2024 | 106.25 | 2123.5 | 80 | 12.5 | 13.75 | 26.25 | 336.53 | |
| 2/8-2/21/2024 | 110.75 | 2522.81 | 80 | 24.25 | 6.5 | 30.75 | 394.22 | |

| Date Range | | | | | | | | 2024 total |
|---|---|---|---|---|---|---|---|---|
| 2/22-3/6/2024 | 93 | 2178.2 | 80 | | 15 | 15 | 192.3 | |
| 3/7-3/20/2024 | 113 | 2,572.04 | 80 | 13.5 | 19.5 | 33 | 423.06 | |
| 3/21-4/3/2024 | 120.25 | 2,733.59 | 80 | 21.75 | 18.5 | 40.25 | 516.01 | |
| 4/4-4/17/2024 | 118 | 2,681.44 | 80 | 22.5 | 15.5 | 38 | 487.16 | |
| 4/18-5/1/2024 | 86.25 | 1,986.75 | 80 | 10.5 | | 10.5 | 134.61 | |
| 5/2-5/15/2024 | 78.25 | 1,809.72 | 80 | 1.5 | | 1.5 | 19.23 | |
| 5/16-5/29/2024 | 88 | 2,020.07 | 80 | 3.5 | 4.5 | 8 | 102.56 | |
| 5/30-6/12/2024 | 115.5 | 2,582.98 | 80 | 22.75 | 12.75 | 35.5 | 455.11 | |
| 6/13-6/26/2024 | 104 | 2,375.12 | 80 | 10 | 14 | 24 | 307.68 | |
| 6/27-7/10/2024 | 81.75 | 1,888.29 | 80 | 6 | | 6 | 76.92 | |
| 07/11-7/24/2024 | 105.75 | 2,413.41 | 80 | 13.5 | 12.25 | 25.75 | 330.12 | |
| 7/25-08/07/2024 | 70.5 | 1,623.27 | | 4.75 | 30.75 charity | 60.9 | | |
| 8/8/-8/21/2024 | 85.25 | 1,964.87 | 80 | 1 | 4.25 | 5.25 | 67.31 | |
| 8/22-9/4/2024 | 105.25 | 2,402.47 | 80 | 15.25 | 10 | 25.25 | 323.71 | |
| 09/05/-9/18/2024 | 97.75 | 2,238.37 | 80 | 10.75 | 7 | 17.75 | 227.56 | |
| 09/19-10/2/2024 10/4/2024 | 82.5 | 1,840.00 | 80 23.00 hr | | 2.5 | 2.5 | 97.15 | 97.15 |
| 10/05-10/16/2024 11/1/2024 | 61.77 | 1,196.46 | 52 23.00 | | | | 232.28 | 232.28 |
| 10/17-10/30/2024 11/1/2024 | 80 | 1,840.00 | 23.00 HR | | | | 10.4 | 10.4 |
| 10/31-11/13/13/24 11/15/2024 | 80 | 1850.4 | 80 | | | | | 339.83 |
| 11/14-11/27/2024 11/15/2024 | 67.13 | 1552.72 | 67.13 | | | | | |
| 11/28-12/11/2024 12/13/2024 | 60.09 | 1408.62 | 60.09 | | | | | |
| 12/12-12/25/2024 12/27/2024 | 70.43 | 1629.05 | 70.43 | | | | | |
| | | | | | totals | 435 | 5884.52 | 2024 total |

62

EXHIBIT T -1 CONT

**CHASE O**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00522961 DRE 021 219 01724 NNNNNNNNNNN  1 000000000 10 0000
JEANETTE DOMINGUEZ
208 SW 24TH RD
MIAMI FL 33129-2023

December 15, 2023 through January 16, 2024
Account Number:  XXXXXXXXXXX2241

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



### CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $18,543.71 |
| Deposits and Additions | 5,127.51 |
| ATM & Debit Card Withdrawals | -4,273.31 |
| Electronic Withdrawals | -152.99 |
| Ending Balance | $19,244.92 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Card Purchase Return   12/29 Publix #127 Miami FL Card 5170 | $70.62 |
| 01/02 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rtv4M96 | 2,400.00 |
| 01/03 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rv4Qrrjd | 1,000.00 |
| 01/16 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rvxd8Wj | 1,000.00 |
| 01/16 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rwrc53 | 656.89 |
| **Total Deposits and Additions** | | **$5,127.51** |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/19 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rwbrshx | $2,500.00 |
| 02/02 | Remote Online Deposit      1 | 2,000.00 |
| 02/09 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rxz4Lj3 | 500.00 |
| 02/14 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rydbspc | 940.61 |
| **Total Deposits and Additions** | | **$5,940.61** |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23 | Remote Online Deposit      1 | $2,000.00 |
| 02/23 | Remote Online Deposit      1 | 896.19 |
| 03/04 | Zelle Payment From Carlos G Sanchez MD PA Wfct0Rzw65Bh | 2,000.00 |
| **Total Deposits and Additions** | | **$4,896.19** |

EXHIBIT T -2

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|---|---|---|--------|
| 02/28 | Deposited Item Returned   NSF 1St   099010988 | Dep Amt0000200000 | # of Dep | | $2,000.00 |
| | Items00001Ck#:0000001514 Date022324Ck Amt0000200000 | | | | |
| 02/28 | Deposited Item Returned   NSF 1St   099010993 | Dep Amt0000089619 | # of Dep | | 896.19 |
| | Items00001Ck#:0000001515 Date022324Ck Amt0000089619 | | | | |
| **Total Other Withdrawals** | | | | | **$2,896.19** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/18 | Remote On ne Depos t        1 | $2,500.00 |
| 03/25 | Card Purchase Return   03/23 Wnn-Dxe  #0251 M am FL Card 5170 | 25.25 |
| 03/29 | Ze e Payment From Carlos G Sanchez MD PA Wict0S43Gfld | 1,500.00 |
| 04/01 | Ze e Payment From Carlos G Sanchez MD PA Wict0S469C8Y | 700.00 |
| 04/09 | Ze e Payment From Carlos G Sanchez MD PA Wict0S524Nzw | 1,100.00 |
| 04/10 | ATM Check Depos t   04/10 801 Sw 27th Ave M am FL Card 5170 | 2,000.00 |
| **Total Deposits and Additions** | | **$7,825.25** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/19 | Remote Online Deposit        1 | $2,000.00 |
| 04/30 | Zelle Payment From Carlos G Sanchez MD PA Wict0S6S7Dv6 | 1,300.00 |
| 05/01 | Zelle Payment From Carlos Sanchez 2Dy0lm21Vsiv | 1,000.00 |
| 05/02 | Zelle Payment From Carlos Sanchez 2Dy0lm32P9A0 | 900.00 |
| 05/06 | Remote Online Deposit        1 | 3,416.10 |
| 05/07 | Zelle Payment From Carlos Sanchez 2Dy0lm21Uiyx | 1,000.00 |
| 05/09 | Card Purchase Return   05/08 Amzn Mktp US Amzn Com/Bill WA Card 5170 | 50.28 |
| **Total Deposits and Additions** | | **$9,666.38** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | Remote Online Deposit        1 | $500.00 |
| 06/03 | Zelle Payment From Carlos G Sanchez MD PA Wict0S9Mwnbn | 1,800.00 |
| 06/05 | Zelle Payment From Carlos G Sanchez MD PA Wict0S9Yhkg9 | 2,000.00 |
| 06/11 | Card Purchase Return   06/10 Enterprise Rent-A-Car Coral Gables FL Card 5170 | 300.03 |
| **Total Deposits and Additions** | | **$4,600.03** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/24 | Ze e Payment From Carlos G Sanchez MD PA Wict0Sclykjs | $2,000.00 |
| 07/02 | Remote On ne Depos t        1 | 700.00 |
| 07/03 | Ze e Payment From Carlos G Sanchez MD PA Wict0Sdckng2 | 592.70 |
| 07/09 | Ze e Payment From Carlos G Sanchez MD PA Wict0Sdvbfja | 500.00 |
| 07/11 | Ze e Payment From Carlos G Sanchez MD PA Wict0Sdy8Wbn | 1,500.00 |
| 07/15 | Ze e Payment From Carlos G Sanchez MD PA Wict0Sbf8NM | 2,263.41 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/05 | Zelle Payment From Carlos G Sanchez MD PA Wict0Sg89G8S | $1,500.00 |
| 08/07 | Zelle Payment From Carlos G Sanchez MD PA Wict0Sgo63Ba | 942.97 |
| **Total Deposits and Additions** | | **$2,442.97** |

EXHIBIT T -2 CONT