UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22405-CIV-D'ANGELO



FILED BY____D.C.

MAY 1 8 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

JEANETTE DOMINGUEZ

    Plaintiff,

       vs.

RADIOLOGIC P.L. et al.,

    Defendant(s).

_____/

## SUPPLEMENTAL AFFIDAVIT OF JEANETTE DOMINGUEZ IN SUPPORT OF FORM AO 239 APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

1. I, Jeanette Dominguez, am the Plaintiff in this action and I am proceeding *pro se*. I have personal knowledge of the facts stated herein.

2. I submit this Supplemental Affidavit to provide a clear, detailed account of my extreme financial hardship in strict compliance with the Court's Order dated May 13, 2026.

3. My financial circumstances, drastically and permanently changed on October 17, 2025, when I was fired, and they cannot be adequately explained on the court's standard form.

4. Prior to my termination, I maintained zero debt, paid my credit card balances in full monthly, and required no public assistance

5. I had zero debt. I had money saved. I paid my credit cards off entirely at the end of the month and never paid a penny of interest. I could buy meat and healthy food. I could go see my grandkids in Orlando as often as I wanted. *I could help my mentally ill daughter*. I could help my 29-year-old granddaughter buy a car-giving her $2000.00 in 2024- and I always

went to my other granddaughter's birthdays on May 17 in Orlando. I could do a lot of things. I worked and worked so I could do these all these things. I didn't have to ask anyone for anything or beg for help. Then, I was fired.

6. Following my abrupt termination, my regular employment income completely ceased, save for a final period check of $262.06 on October 31, 2025. I initially experienced a total income vacuum throughout November, December, January, and February, during which I received strictly zero state reemployment benefits. Outside of my fixed Social Security check of $1,429.00 which started on February 3, 2026, I was forced to manage immediate household survival entirely by depleting my final savings and accumulating credit card debt just to buy basic necessities and maintain housing stability. (See Exhibit F for Income)

7. My Florida reemployment assistance benefits provided a gross weekly benefit amount of $275.00, subject to voluntary federal tax withholding, resulting in lower net deposits reflected in Exhibit F. These benefits have now been fully exhausted and my remaining benefit amount is $0.00. See Exhibit D.

8. My total remaining liquid assets consist of $3.02 in my checking account and $2,083.42 held in a Charles Schwab account (See Schwab Balance Letter, dated May 16, 2026, attached hereto as Exhibit C). These remaining funds fluctuate directly with market conditions and represent the last of my savings.

9. My liabilities vastly exceed my available liquid funds. I have accumulated an outstanding, active credit card debt of $2,911.00 solely to cover basic living necessities during my period of unemployment. Forcing me to pay the court filing fees out of my $2,086.44 in total liquid funds would completely exhaust my remaining emergency reserves."A

2

consolidated financial summary generated through SoFi Relay reflecting my checking balance, investment balance, and outstanding credit card debt is attached as Exhibit E.

10. My sole means of transportation is a high-mileage vehicle with over 200,000 miles, which is crashed and carries a salvage title. This asset holds minimal liquidation or resale value. I owe nothing on this vehicle.

11. Crucially, as a direct consequence of the worker misclassification allegations at issue in this lawsuit, I am burdened by an immediate, outstanding tax debt of $27,220.55 owed to the Internal Revenue Service (IRS), which is due in full in June 2026. I face the immediate, catastrophic risk of IRS asset seizure or garnishment against my fixed Social Security income. (See Exhibit A for $12,777.39 and Exhibit B for $14,433.16)

12. My expenses in the last 12 months are $54,087.54. See Exhibit G. My combined income of wages, Social Security, and unemployment is $27,150.16, See Exhibit F. My current expenses reflect substantial financial deprivation rather than discretionary spending. Certain categories on the form appear as zero not because those needs no longer exist, but because I can no longer afford them. Many expenses reflected in my financial records consist of basic costs associated with prosecuting this action pro se, including transportation and courthouse parking. Because I am proceeding pro se and seeking leave to proceed in forma pauperis, service of process has not yet issued upon the Defendants.

13. I respectfully request that the Court expedite the screening of this application so that service of process may finally execute upon the named Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** May 18, 2026

_Jeanette Dominguez (signature)_

**JEANETTE DOMINGUEZ**

Plaintiff, Pro Se

208 SW 24th Road, Miami, FL 33129

Phone: 407-492-8089

Email: imacbilling130@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 18, 2026, I am hand-delivering this affidavit to the Clerk of Court for filing. No service on other parties is possible at this time as the Defendants have not yet been served and have not appeared.

**Jeanette Dominguez**