**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22405-CIV-D'ANGELO**

**JEANETTE DOMINGUEZ,**

> **Plaintiff,**

vs.

**RADIOLOGIC P.L.,** *et al.*,

> **Defendants.**

_____/

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR
EXPEDITED SCREENING AND CONSIDERATION OF SECOND AMENDED
COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS**

**THIS CAUSE** is before the Court on (1) Plaintiff's Emergency Motion for Expedited Screening and Consideration of Second Amended Complaint and Application to Proceed *In Forma Pauperis* and (2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* filed on May 18, 2026 (DE 22, 25).[1]  Having considered this matter, it is hereby **ORDERED and ADJUDGED** that:

Plaintiff's Emergency Motion for Expedited Screening and Consideration of Second Amended Complaint and Application to Proceed *In Forma Pauperis* (DE 22) is **GRANTED**, in so far as the Court has reviewed Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (DE 25), which is also **GRANTED**.  Plaintiff does not need to prepay the filing fee in this case and

---

[1] Pursuant to Administrative Order 2025-11 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.  On April 14, 2026, Plaintiff filed written consent to the undersigned Magistrate Judge's jurisdiction in this matter (DE 11).

2

may proceed without prepayment of costs or fees.  Plaintiff shall proceed with effectuating service in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** in Chambers in Miami, Florida on this 19th day of May, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:      All Counsel of Record

2