AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida  ▼
### Miami Division

|  |  |
|---|---|
| Jeanette Dominguez <br><br> *Plaintiff(s)* <br><br> v. <br><br> RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L; CARLOS SANCHEZ, MD; CARLOS G SANCHEZ M.D..PA, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:26-cv-22405-EFD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carlos Sanchez, MD
5225 FAIRCHILD WAY
CORAL GABLES, FL 33156
Phone: 786-299-1102
Email: csanchezmd.cs@gmail.com
Place of Business:
2975 Coral Way Miami, FL 33145 2nd Floor

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 20, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Docket

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida  ▼

Miami Division

|  |  |
|---|---|
| Jeanette Dominguez<br><br>*Plaintiff(s)*<br>v.<br>RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L;<br>CARLOS SANCHEZ, MD;<br>CARLOS G SANCHEZ M.D..PA,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:26-cv-22405-EFD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARLOS G. SANCHEZ, M.D., P.A.
5225 Fairchild Way
(Operational Office: 2975 Coral Way, 2nd Floor)
Coral Gables, FL 33156
Phone: (786) 299-1102
Email: csanchezmd.cs@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: __ May 20, 2026 ____

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ☑

Miami Division

|  |  |
|---|---|
| Jeanette Dominguez<br>_____<br>*Plaintiff(s)*<br>v.<br>RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L;<br>CARLOS SANCHEZ, MD;<br>CARLOS G SANCHEZ M.D..PA,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   1:26-cv-22405-EFD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sanchez Radiology, P.L.
5225 Fairchild Way
(Operational Office: 2975 Coral Way, 2nd
Floor)
Coral Gables, FL 33156
Phone: (786) 299-1102
Email: csanchezmd.cs@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  __ May 20, 2026  ·  ____

Angela E. Noble
Clerk of Court

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida  ☒

### Miami Division

|  |  |
|---|---|
| Jeanette Dominguez | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) <br> ) |
| v. | ) |
| RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L; <br> CARLOS SANCHEZ, MD; <br> CARLOS G SANCHEZ M.D..PA, | ) <br> ) <br> ) <br> ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:26-cv-22405-EFD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Radiologic, P.L.
5225 Fairchild Way .
Coral Gables, Fl 33156
Phone: 786-299-1102
Email: csanchezmd.cs@gmail.com
Operational Office:
2975 Coral Way Miami, FL 33145 2nd Floor

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  May 20, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court