# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### CASE NO. 26-22405-EFD-D'ANGELO

JEANETTE DOMINGUEZ

    Plaintiff,

    vs.

RADIOLOGIC P.L. et al.,

    Defendant(s).

_____/

```
FILED BY_____D.C.

   MAY 2 1 2026

   ANGELA E. NOBLE
 CLERK U.S. DIST. CT.
 S. D. OF FLA. - MIAMI
```

## PLAINTIFF'S MOTION FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL FOR REMAINING CORPORATE DEFENDANTS

Plaintiff, Jeanette Dominguez, proceeding *in forma pauperis*, respectfully moves this Honorable Court for an order directing the United States Marshals Service to effectuate service of the Summons and Second Amended Complaint upon the remaining corporate Defendants in this action. In support thereof, Plaintiff states as follows:

1. On May 19, 2026, this Court entered an Order granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis (DE 26), permitting Plaintiff to proceed without the prepayment of costs or fees.

2. Pursuant to Federal Rule of Civil Procedure 4(c)(3), the court *must* order that service be made by a United States marshal or deputy marshal if the plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915.

3.     Because of the extreme urgency to move this litigation forward, Plaintiff diligently attempted to inquire about hiring a private process server to deliver the summonses to all four named defendants.

4.     Plaintiff considered liquidating $500.00 from a personal investment account to fund these legal expenses. Plaintiff cannot afford the standard private process fees of $80.00 per defendant, particularly given that the corporate entities share the same physical address and private agencies refuse to offer a consolidated price discount.

5.     In order to prevent further delay—**and specifically addressing this Court's prior concern regarding why the Defendants had not yet been served, which was due entirely to Plaintiff waiting on the pending In Forma Pauperis (IFP) ruling**—Plaintiff has utilized once again her credit card ($83.00) to buy envelopes, a stapler, parking and to hire a private process server located at Overtown Transit Village South

601 NW 1st Court, 9th Floor Miami, FL 33136 to effectuate immediate, individual service solely upon Defendant Dr. Sanchez for $40.00.  For absolute clarity, Defendant Dr. Sanchez is being privately served today ONLY with a copy of his issued Summons and the Second Amended Complaint. Dr. Sanchez is NOT being served with a copy of this Motion. However, Plaintiff remains financially incapable of funding private service of process for the remaining three corporate business entities. Plaintiff requires the assistance of the United States Marshals Service to serve these remaining defendants to avoid a complete exhaustion of basic living funds. Plaintiff can provide the copies in the envelopes she already made and the receipt from the Overtown Transit Village South.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter an Order directing the Clerk of Court to issue the Summonses for the remaining corporate Defendants and forward them,

along with copies of the Second Amended Complaint, to the United States Marshals Service for prompt service, with all regulatory costs and fees waived.

**Dated: May 21, 2026**

Respectfully submitted,

*[signature]*

**JEANETTE DOMINGUEZ**

Plaintiff, Pro Se

208 SW 24th Road, Miami, FL 33129

Phone: 407-492-8089

Email: imacbilling130@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed conventionally with the Clerk of Court for the Southern District of Florida on this 21st day of May, 2026. Because none of Defendants have been formally served or appeared in this action, no conventional service of this motion is required under Fed. R. Civ. P. 5.

*[signature]*

*For the Court*

INSTRUCTIONS FOR SERVICE OF PROCESS TRACKING/CASE NO: 26-22405-EFD-D'ANGELO

TO THE PROCESS SERVER:
Please execute formal service of process upon the following 3 corporate Defendants below.

1. RADIOLOGIC P.L. (Corporate Defendant)
2. SANCHEZ RADIOLOGY P.L. (Corporate Defendant) DBA Precision Healthcenters
3. CARLOS SANCHEZ, M.D.,P.A. (Corporate Defendant)

DR. CARLOS SANCHEZ (Individual Defendant) is the owner and agent of all 3 targets. The address on Sunbiz for all 3 targets is Dr. Sanchez's home address which is
5225 FAIRCHILD WAY
CORAL GABLES, FL 33156 (It is a gated mansion)
Phone: 786-299-1102
Email: csanchezmd.cs@gmail.com

That said his PRIMARY SERVICE LOCATION OR BUSINESS ADDRESS for all 3 targets is:
Precision Healthcenters at
2975 Coral Way, 2nd Floor, Miami, FL 33145
Operational Hours: 8:00 AM - 5:00 PM

SPECIAL INSTRUCTIONS:
These entities are actively in a commercial property transition. If you cannot get Dr. Sanchez at home (agent address)service must be executed expeditiously at 2975 Coral Way (Precision Health Center) commercial address during business hours. He will most likely NOT be there.
His manager is Rene Maresma on the second floor. William Soto is the manager on the first floor. Emmanuel Sanchez (his brother) might be there also. If Dr. Carlos Sanchez cannot be located at the commercial clinic or his home, or if no one accepts the summons
at 2975 Coral Way, Dr. Sanchez is the Director of Radiology of Coral Gables Hospital. He also owns Pan American Care Centers at
2075 SW 27th Ave Miami, FL 33145. (His wife, Gina and his brother, Emmanuel Sanchez operate that business and clinic personnel are also there)

Upon successful delivery, please provide four (3) notarized Affidavits of Service, if possible via email to imacbilling130@gmail.com.

PLAINTIFF CONTACT INFO:
Jeanette Dominguez (Pro Se)
Phone: 407-492-8089 | Email: imacbilling130@gmail.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida   ▼

Miami Division

)
)
)
)
Jeanette Dominguez )
)
―――――――――――――――――――――― )
*Plaintiff(s)* )     Civil Action No.   1:26-cv·
)
v. )
RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L; )
CARLOS SANCHEZ, MD; )
CARLOS G SANCHEZ M.D..PA, )
)
―――――――――――――――――――――― )
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carlos Sanchez, MD
5225 FAIRCHILD WAY
CORAL GABLES, FL 33156
Phone: 786-299-1102
Email: csanchezmd.cs@gmail.com
Place of Business:
2975 Coral Way Miami, FL 33145 2nd Floor

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
are the United States or a United States agency, or an officer or employee of the United States de
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a mo
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or pl
whose name and address are: JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date:   May 20, 2026

Angela E. Noble
Clerk of Court

s/ S.Carlson
Deputy Clerk
U.S. District Courts

MDC MDPD SHERIFF SERVICE
9105 NW 25TH ST STE 3049
DORAL, FL. 33172-1500
305-471-2520
## SALE

REF#: 00000002

Batch #: 109
05/21/26                          11:28:30
APPR CODE: 02125R
Trace: 2
DISCOVER                          Contactless
************6068                   **/**
AMOUNT                            $40.00

### APPROVED

Discover Credit
AID: A0000001523010
TVR: 80 80 00 80 00
TSI: 08 00

THANK YOU
CUSTOMER COPY

SUMMONS