**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22405-CIV-D'ANGELO**

JEANETTE DOMINGUEZ,

     **Plaintiff,**

vs.

RADIOLOGIC P.L., *et al.*,

     **Defendants.**

_____/

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR SERVICE BY U.S. MARSHAL**

**THIS CAUSE** is before the Court on Plaintiff Jeanette Dominguez's Motion for Service by U.S. Marshal filed on May 21, 2026 (DE 29).[1]  Having considered this matter, it is hereby

**ORDERED and ADJUDGED** that:

The Motion is **GRANTED**.  Plaintiff was granted leave to proceed *in forma pauperis* (DE 26).  Pursuant to Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is directed to issue the summonses proposed by Plaintiff.  Upon issuance of the summonses, the U.S. Marshal is directed to serve the summons and Complaint upon Defendants at the address provided by Plaintiff.

**DONE and ORDERED** in Chambers in Miami, Florida on this 26th day of May, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record

---

[1] Pursuant to Administrative Order 2025-11 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.  On April 14, 2026, Plaintiff filed written consent to the undersigned Magistrate Judge's jurisdiction in this matter (DE 11).