AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida ☑

| | |
|---|---|
| JEANETTE DOMINGUEZ | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 26-cv-22445-EFD |
| RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L.; CARLOS SANCHEZ, M.D.; CARLOS G SANCHEZ M.D..P.A. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* To: Sanchez Radiology, P.L.,
c/o Carlos Sanchez, M.D., Registered Agent,
5225 Fairchild Way, Coral Gables, FL 33156
STREET SERVICE: Coral Gables Hospital, Radiology Dept,
3100 Douglas Rd, Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida  ▼

| | |
|---|---|
| JEANETTE DOMINGUEZ <br><br><br><br>*Plaintiff(s)* <br> v. <br> RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L.; <br> CARLOS SANCHEZ, M.D.; <br> CARLOS G SANCHEZ M.D..P.A. <br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No. 26-cv-22445-EFD |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* To: Carlos Sanchez, M.D.
5225 Fairchild Way, Coral Gables, FL 33156
STREET SERVICE: Coral Gables Hospital, Radiology Dept,
3100 Douglas Rd, Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida  🔽

| | |
|---|---|
| JEANETTE DOMINGUEZ | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 26-cv-22445-EFD |
| RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L.; | ) |
| CARLOS SANCHEZ, M.D.; | ) |
| CARLOS G SANCHEZ M.D..P.A. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  To: ~~Carlos Sanchez, M.D., P.A.~~  *Carlos G. Sanchez M.D., P.A.*
c/o Carlos Sanchez, M.D., Registered Agent,
5225 Fairchild Way, Coral Gables, FL 33156
STREET SERVICE: Coral Gables Hospital, Radiology Dept,
3100 Douglas Rd, Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida   ▼

| | |
|---|---|
| JEANETTE DOMINGUEZ<br><br><br><br>*Plaintiff(s)*<br>v.<br>RADIOLOGIC P.L.; SANCHEZ RADIOLOGY P.L.;<br>CARLOS SANCHEZ, M.D.;<br>CARLOS G SANCHEZ M.D..P.A.<br><br>―――――――――――――――――――――<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 26-cv-22445-EFD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* To: Radiologic, P.L.,
c/o Carlos Sanchez, M.D., Registered Agent,
5225 Fairchild Way, Coral Gables, FL 33156
STREET SERVICE: Coral Gables Hospital, Radiology Dept,
3100 Douglas Rd, Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JEANETTE DOMINGUEZ
208 SW 24TH ROAD
MIAMI, FL 33129
Email: imcabilling130@gmail.com
Phone: 407-492-8089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*